# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

RAJAN CHAHAL, Individually and on Behalf of All Others Similarly Situated,

**Plaintiff**

vs.

CREDIT SUISSE GROUP AG, DAVID R. MATHERS and TIDJANE THIAM,

**Defendant**

**Case Number**

1:18-cv-02268

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

DAVID SAMUEL, individually and on behalf of all others similarly situated,

**Plaintiff**

vs.

JOHN DOES,

**Defendant**

**Case Number**

1:18-cv-01593

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Case was filed on February 21, 2018. and has been assigned to the Hon. Analisa Torres. Judge Torres granted plaintiff's motion for expedited discovery on March 13, 2018.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The case referenced above may involve substantially similar factual allegations and causes of action as the Samuel action. This action arises from the same transactions or events, involves the same questions of law and/or fact, and is likely to entail substantial duplication of costs and labor if heard by a different judge.

Signature: /s/ Edward Kroub                              Date: 03/14/18

Levi & Korsinsky, LLP

Firm: _____