# EXHIBIT A

54.235.87.21





# INVESTOR ALERT: Levi & Korsinsky, LLP Notifies Investors in Credit Suisse VelocityShares Daily Inverse VIX Short Term ETNs of a Class Action Lawsuit and a Lead Plaintiff Deadline of May 14, 2018

March 14, 2018 06:18 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--The following statement is being issued by Levi & Korsinsky, LLP:

**To: All investors in Credit Suisse Group AG's VelocityShares Daily Inverse VIX Short Term ETNs** ("Inverse VIX Short ETNs") (NASDAQGM: XIV) **between January 29, 2018 and February 5, 2018**. **You are hereby notified** that Levi & Korsinsky has commenced a securities class action lawsuit in the USDC for the Southern District of New York. To get more information **go to:**

**http://www.zlk.com/pslra-sbm/credit-suisse-velocityshares-daily-inverse-vix-short-term-etns?wire=2**

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The complaint alleges that (i) Credit Suisse was actively manipulating the Inverse VIX Short ETNs by liquidating its holdings in various financial products to avoid a loss; (ii) Credit Suisse was manipulating the Inverse VIX Short ETNs to the detriment of investors; and (iii) as a result of the foregoing, Defendants' statements about Credit Suisse's Inverse VIX Short ETNs were false and misleading and/or lacked a reasonable basis.

On February 5, 2018, at the close of the market, Inverse VIX Short ETNs closed at $99. By 6:28pm, however, the price per Inverse VIX Short ETN had declined to a low of $10.16, a drop of approximately 89.74 percent.

**If you suffered a loss in Credit Suisse Group AG's VelocityShares Daily Inverse VIX Short Term ETNs you have until May 14, 2018** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation, and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

Contacts

Levi & Korsinsky, LLP
Joseph E. Levi, Esq., 212-363-7500
Toll Free: 877-363-5972
Fax: 212-363-7171
www.zlk.com