# EXHIBIT B1

## CERTIFICATION

I, Phillip Sylvester, on behalf of Set Capital LLC ("Set Capital"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I am the Manager and sole owner of Set Capital and I am authorized to execute this certification on behalf of Set Capital.

2. I have reviewed a complaint filed in this matter alleging violations of the federal securities laws. Set Capital has retained Cohen Milstein Sellers & Toll PLLC and authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

3. Set Capital did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this action.

4. Set Capital is willing to serve as a lead plaintiff and class representative on behalf of the Class, including providing testimony at deposition, and trial, if necessary.

5. During the Class Period (as defined in the Complaint), Set Capital purchased and/or sold the securities that are the subject of the Complaint as set forth in the attached Schedule A.

6. Set Capital has not sought to serve as a representative party on behalf of a class in any private action(s) arising under the Securities Act or Exchange Act during the three-year period preceding the date of my signing this Certification:

7. Set Capital will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of May, 2018.

Phillip Sylvester
Manager
cgSet Capital LLC

## SCHEDULE A

| Trade Date | Transaction Type | # Shares | Share Price ($) |
|---|---|---|---|
| 2/5/2018 | PURCHASE | 161,200 | 18.6287 |
| 2/5/2018 | PURCHASE | 200 | 16.03 |
| 2/5/2018 | PURCHASE | 4,500 | 16.03 |
| 2/5/2018 | PURCHASE | 200 | 16.03 |
| 2/5/2018 | PURCHASE | 200 | 16.03 |
| 2/5/2018 | PURCHASE | 4,700 | 15.52 |
| 2/5/2018 | PURCHASE | 200 | 15.52 |
| 2/5/2018 | PURCHASE | 200 | 15.52 |
| 2/5/2018 | PURCHASE | 4,900 | 15.07 |
| 2/5/2018 | PURCHASE | 200 | 15.07 |
| 2/5/2018 | PURCHASE | 154 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 46 | 14.06 |
| 2/5/2018 | PURCHASE | 46 | 14.06 |
| 2/5/2018 | PURCHASE | 500 | 14.06 |
| 2/5/2018 | PURCHASE | 300 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 150 | 14.06 |
| 2/5/2018 | PURCHASE | 74 | 14.06 |
| 2/5/2018 | PURCHASE | 50 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 76 | 14.06 |
| 2/5/2018 | PURCHASE | 100 | 14.06 |
| 2/5/2018 | PURCHASE | 124 | 14.06 |

| 2/5/2018 | PURCHASE | 200 | 14.06 |
| --- | --- | --- | --- |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 100 | 14.06 |
| 2/5/2018 | PURCHASE | 100 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 400 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 100 | 14.06 |
| 2/5/2018 | PURCHASE | 100 | 14.06 |
| 2/5/2018 | PURCHASE | 100 | 14.06 |
| 2/5/2018 | PURCHASE | 200 | 14.06 |
| 2/5/2018 | PURCHASE | 380 | 14.06 |
| 2/5/2018 | PURCHASE | 150 | 14.25 |
| 2/5/2018 | PURCHASE | 50 | 14.25 |
| 2/5/2018 | PURCHASE | 125 | 14.25 |
| 2/5/2018 | PURCHASE | 200 | 14.25 |
| 2/5/2018 | PURCHASE | 175 | 14.25 |
| 2/5/2018 | PURCHASE | 400 | 14.25 |
| 2/5/2018 | PURCHASE | 200 | 14.25 |
| 2/5/2018 | PURCHASE | 25 | 14.25 |
| 2/5/2018 | PURCHASE | 3,575 | 14.25 |
| 2/5/2018 | PURCHASE | 200 | 14.25 |
| 2/5/2018 | PURCHASE | 798 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |
| 2/5/2018 | PURCHASE | 1,662 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |

| | | | |
|---|---|---|---|
| 2/5/2018 | PURCHASE | 800 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |
| 2/5/2018 | PURCHASE | 100 | 16.1 |
| 2/5/2018 | PURCHASE | 340 | 16.1 |
| 2/5/2018 | PURCHASE | 200 | 16.1 |
| 2/5/2018 | PURCHASE | 446 | 15.78 |
| 2/5/2018 | PURCHASE | 200 | 15.78 |
| 2/5/2018 | PURCHASE | 4,254 | 15.78 |
| 2/5/2018 | PURCHASE | 200 | 15.78 |
| 2/5/2018 | PURCHASE | 40 | 15.51 |
| 2/5/2018 | PURCHASE | 800 | 15.51 |
| 2/5/2018 | PURCHASE | 160 | 15.51 |
| 2/5/2018 | PURCHASE | 200 | 15.51 |
| 2/5/2018 | PURCHASE | 40 | 15.51 |
| 2/5/2018 | PURCHASE | 29 | 15.51 |
| 2/5/2018 | PURCHASE | 300 | 15.51 |
| 2/5/2018 | PURCHASE | 29 | 15.51 |
| 2/5/2018 | PURCHASE | 171 | 15.51 |
| 2/5/2018 | PURCHASE | 200 | 15.51 |
| 2/5/2018 | PURCHASE | 2,800 | 15.51 |
| 2/5/2018 | PURCHASE | 140 | 15.51 |
| 2/5/2018 | PURCHASE | 60 | 15.51 |
| 2/5/2018 | PURCHASE | 71 | 15.51 |
| 2/5/2018 | PURCHASE | 60 | 15.51 |
| 2/5/2018 | PURCHASE | 200 | 15.06 |
| 2/5/2018 | PURCHASE | 4,900 | 15.06 |