# EXHIBIT B2

Credit Suisse VelocityShares Daily Inverse VIX Short-Term Exchange Traded Notes
Class Period: 1/29/2018 - 2/5/2018

**Set Capital LLC LIFO Losses**

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 2/5/2018 | Purchase | 161,200 | 18.6287 | 161,200 | - | - | 161,200 | $ 3,002,946.28 | |
| 2/5/2018 | Purchase | 200 | 16.0300 | 200 | - | - | 161,400 | $ 3,206.00 | |
| 2/5/2018 | Purchase | 4,500 | 16.0300 | 4,500 | - | - | 165,900 | $ 72,135.00 | |
| 2/5/2018 | Purchase | 200 | 16.0300 | 200 | - | - | 166,100 | $ 3,206.00 | |
| 2/5/2018 | Purchase | 200 | 16.0300 | 200 | - | - | 166,300 | $ 3,206.00 | |
| 2/5/2018 | Purchase | 4,700 | 15.5200 | 4,700 | - | - | 171,000 | $ 72,944.00 | |
| 2/5/2018 | Purchase | 200 | 15.5200 | 200 | - | - | 171,200 | $ 3,104.00 | |
| 2/5/2018 | Purchase | 200 | 15.5200 | 200 | - | - | 171,400 | $ 3,104.00 | |
| 2/5/2018 | Purchase | 4,900 | 15.0700 | 4,900 | - | - | 176,300 | $ 73,843.00 | |
| 2/5/2018 | Purchase | 200 | 15.0700 | 200 | - | - | 176,500 | $ 3,014.00 | |
| 2/5/2018 | Purchase | 154 | 14.0600 | 154 | - | - | 176,654 | $ 2,165.24 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 176,854 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 177,054 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 46 | 14.0600 | 46 | - | - | 177,100 | $ 646.76 | |
| 2/5/2018 | Purchase | 46 | 14.0600 | 46 | - | - | 177,146 | $ 646.76 | |
| 2/5/2018 | Purchase | 500 | 14.0600 | 500 | - | - | 177,646 | $ 7,030.00 | |
| 2/5/2018 | Purchase | 300 | 14.0600 | 300 | - | - | 177,946 | $ 4,218.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 178,146 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 178,346 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 150 | 14.0600 | 150 | - | - | 178,496 | $ 2,109.00 | |
| 2/5/2018 | Purchase | 74 | 14.0600 | 74 | - | - | 178,570 | $ 1,040.44 | |
| 2/5/2018 | Purchase | 50 | 14.0600 | 50 | - | - | 178,620 | $ 703.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 178,820 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 76 | 14.0600 | 76 | - | - | 178,896 | $ 1,068.56 | |
| 2/5/2018 | Purchase | 100 | 14.0600 | 100 | - | - | 178,996 | $ 1,406.00 | |
| 2/5/2018 | Purchase | 124 | 14.0600 | 124 | - | - | 179,120 | $ 1,743.44 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 179,320 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 179,520 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 100 | 14.0600 | 100 | - | - | 179,620 | $ 1,406.00 | |
| 2/5/2018 | Purchase | 100 | 14.0600 | 100 | - | - | 179,720 | $ 1,406.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 179,920 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 180,120 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 400 | 14.0600 | 400 | - | - | 180,520 | $ 5,624.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 180,720 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 100 | 14.0600 | 100 | - | - | 180,820 | $ 1,406.00 | |
| 2/5/2018 | Purchase | 100 | 14.0600 | 100 | - | - | 180,920 | $ 1,406.00 | |
| 2/5/2018 | Purchase | 100 | 14.0600 | 100 | - | - | 181,020 | $ 1,406.00 | |
| 2/5/2018 | Purchase | 200 | 14.0600 | 200 | - | - | 181,220 | $ 2,812.00 | |
| 2/5/2018 | Purchase | 380 | 14.0600 | 380 | - | - | 181,600 | $ 5,342.80 | |
| 2/5/2018 | Purchase | 150 | 14.2500 | 150 | - | - | 181,750 | $ 2,137.50 | |
| 2/5/2018 | Purchase | 50 | 14.2500 | 50 | - | - | 181,800 | $ 712.50 | |
| 2/5/2018 | Purchase | 125 | 14.2500 | 125 | - | - | 181,925 | $ 1,781.25 | |
| 2/5/2018 | Purchase | 200 | 14.2500 | 200 | - | - | 182,125 | $ 2,850.00 | |
| 2/5/2018 | Purchase | 175 | 14.2500 | 175 | - | - | 182,300 | $ 2,493.75 | |
| 2/5/2018 | Purchase | 400 | 14.2500 | 400 | - | - | 182,700 | $ 5,700.00 | |

**Damage Summary**

| | |
|---|---|
| Total Class Period Purchases: | 207,100 |
| Total Class Period Sales: | - |
| Total Sales on Class Period Purchases: | - |
| Total Class Period Shares Retained: | 207,100 |
| Loss Price*: | $ 7.3500 |
| | |
| Total Purchases: | $ 3,703,584.28 |
| Total Sales Proceeds: | $ - |
| Total Retained Value: | $ (1,522,185.00) |
| | |
| **Total Loss:** | **$ 2,181,399.28** |

*The Loss Price has been adjusted to weigh the effect of post-class period sales on the retained value. Pursuant to the PSLRA, post-class period sales are valued at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.

Credit Suisse VelocityShares Daily Inverse VIX Short-Term Exchange Traded Notes
Class Period: 1/29/2018 - 2/5/2018

**Set Capital LLC LIFO Losses**

| Date | Type | Shares | Price | Shares | | | | LIFO Loss |
|---|---|---|---|---|---|---|---|---|
| 2/5/2018 | Purchase | 200 | 14.2500 | 200 | - | 182,900 | $ | 2,850.00 |
| 2/5/2018 | Purchase | 25 | 14.2500 | 25 | - | 182,925 | $ | 356.25 |
| 2/5/2018 | Purchase | 3,575 | 14.2500 | 3,575 | - | 186,500 | $ | 50,943.75 |
| 2/5/2018 | Purchase | 200 | 14.2500 | 200 | - | 186,700 | $ | 2,850.00 |
| 2/5/2018 | Purchase | 798 | 16.1000 | 798 | - | 187,498 | $ | 12,847.80 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 187,698 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 1,662 | 16.1000 | 1,662 | - | 189,360 | $ | 26,758.20 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 189,560 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 189,760 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 800 | 16.1000 | 800 | - | 190,560 | $ | 12,880.00 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 190,760 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 190,960 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 191,160 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 100 | 16.1000 | 100 | - | 191,260 | $ | 1,610.00 |
| 2/5/2018 | Purchase | 340 | 16.1000 | 340 | - | 191,600 | $ | 5,474.00 |
| 2/5/2018 | Purchase | 200 | 16.1000 | 200 | - | 191,800 | $ | 3,220.00 |
| 2/5/2018 | Purchase | 446 | 15.7800 | 446 | - | 192,246 | $ | 7,037.88 |
| 2/5/2018 | Purchase | 200 | 15.7800 | 200 | - | 192,446 | $ | 3,156.00 |
| 2/5/2018 | Purchase | 4,254 | 15.7800 | 4,254 | - | 196,700 | $ | 67,128.12 |
| 2/5/2018 | Purchase | 200 | 15.7800 | 200 | - | 196,900 | $ | 3,156.00 |
| 2/5/2018 | Purchase | 40 | 15.5100 | 40 | - | 196,940 | $ | 620.40 |
| 2/5/2018 | Purchase | 800 | 15.5100 | 800 | - | 197,740 | $ | 12,408.00 |
| 2/5/2018 | Purchase | 160 | 15.5100 | 160 | - | 197,900 | $ | 2,481.60 |
| 2/5/2018 | Purchase | 200 | 15.5100 | 200 | - | 198,100 | $ | 3,102.00 |
| 2/5/2018 | Purchase | 40 | 15.5100 | 40 | - | 198,140 | $ | 620.40 |
| 2/5/2018 | Purchase | 29 | 15.5100 | 29 | - | 198,169 | $ | 449.79 |
| 2/5/2018 | Purchase | 300 | 15.5100 | 300 | - | 198,469 | $ | 4,653.00 |
| 2/5/2018 | Purchase | 29 | 15.5100 | 29 | - | 198,498 | $ | 449.79 |
| 2/5/2018 | Purchase | 171 | 15.5100 | 171 | - | 198,669 | $ | 2,652.21 |
| 2/5/2018 | Purchase | 200 | 15.5100 | 200 | - | 198,869 | $ | 3,102.00 |
| 2/5/2018 | Purchase | 2,800 | 15.5100 | 2,800 | - | 201,669 | $ | 43,428.00 |
| 2/5/2018 | Purchase | 140 | 15.5100 | 140 | - | 201,809 | $ | 2,171.40 |
| 2/5/2018 | Purchase | 60 | 15.5100 | 60 | - | 201,869 | $ | 930.60 |
| 2/5/2018 | Purchase | 71 | 15.5100 | 71 | - | 201,940 | $ | 1,101.21 |
| 2/5/2018 | Purchase | 60 | 15.5100 | 60 | - | 202,000 | $ | 930.60 |
| 2/5/2018 | Purchase | 200 | 15.0600 | 200 | - | 202,200 | $ | 3,012.00 |
| 2/5/2018 | Purchase | 4,900 | 15.0600 | 4,900 | - | 207,100 | $ | 73,794.00 |