# EXHIBIT C2

**Stefan Jager LIFO Losses**

Credit Suisse VelocityShares Daily Inverse VIX Short-Term Exchange Traded Notes
Class Period: 1/29/2018 - 2/5/2018

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/2018 | Purchase | 500 | 121.5000 | 500 | - | - | 500 | $ 60,750.00 | |
| 2/2/2018 | Purchase | 300 | 120.0000 | 300 | - | - | 800 | $ 36,000.00 | |
| 2/2/2018 | Purchase | 500 | 120.1000 | 500 | - | - | 1,300 | $ 60,050.00 | |
| 2/2/2018 | Purchase | 500 | 118.3000 | 500 | - | - | 1,800 | $ 59,150.00 | |
| 2/2/2018 | Purchase | 500 | 116.0000 | 500 | - | - | 2,300 | $ 58,000.00 | |
| 2/2/2018 | Purchase | 200 | 115.2400 | 200 | - | - | 2,500 | $ 23,048.00 | |
| 2/2/2018 | Purchase | 300 | 115.2500 | 300 | - | - | 2,800 | $ 34,575.00 | |
| 2/2/2018 | Purchase | 500 | 115.0000 | 500 | - | - | 3,300 | $ 57,500.00 | |
| 2/2/2018 | Purchase | 500 | 114.9000 | 500 | - | - | 3,800 | $ 57,450.00 | |
| 2/2/2018 | Purchase | 600 | 120.0000 | 600 | - | - | 4,400 | $ 72,000.00 | |
| 2/2/2018 | Purchase | 500 | 120.5000 | 500 | - | - | 4,900 | $ 60,250.00 | |
| 2/2/2018 | Purchase | 300 | 120.0000 | 300 | - | - | 5,200 | $ 36,000.00 | |
| 2/2/2018 | Purchase | 500 | 117.7000 | 500 | - | - | 5,700 | $ 58,850.00 | |
| 2/2/2018 | Purchase | 500 | 116.0000 | 500 | - | - | 6,200 | $ 58,000.00 | |
| 2/2/2018 | Purchase | 600 | 121.0000 | 600 | - | - | 6,800 | $ 72,600.00 | |
| 2/2/2018 | Purchase | 500 | 120.2499 | 500 | - | - | 7,300 | $ 60,124.95 | |
| 2/2/2018 | Purchase | 500 | 117.5000 | 500 | - | - | 7,800 | $ 58,750.00 | |
| 2/2/2018 | Purchase | 500 | 116.2850 | 500 | - | - | 8,300 | $ 58,142.50 | |
| 2/2/2018 | Purchase | 500 | 116.0000 | 500 | - | - | 8,800 | $ 58,000.00 | |
| 2/2/2018 | Purchase | 500 | 115.2500 | 500 | - | - | 9,300 | $ 57,625.00 | |
| 2/2/2018 | Purchase | 500 | 115.0000 | 500 | - | - | 9,800 | $ 57,500.00 | |
| 2/2/2018 | Purchase | 500 | 115.0000 | 500 | - | - | 10,300 | $ 57,500.00 | |
| 2/2/2018 | Purchase | 40 | 109.0580 | 40 | - | - | 10,340 | $ 4,362.32 | |
| 2/2/2018 | Purchase | 10 | 109.0400 | 10 | - | - | 10,350 | $ 1,090.40 | |
| 2/5/2018 | Purchase | 500 | 109.7076 | 500 | - | - | 10,850 | $ 54,853.80 | |
| 2/5/2018 | Purchase | 100 | 110.3600 | 100 | - | - | 10,950 | $ 11,036.00 | |
| 2/5/2018 | Purchase | 45 | 110.5000 | 45 | - | - | 10,995 | $ 4,972.50 | |
| 2/5/2018 | Purchase | 355 | 110.5200 | 355 | - | - | 11,350 | $ 39,234.60 | |
| 2/5/2018 | Purchase | 500 | 111.8000 | 500 | - | - | 11,850 | $ 55,900.00 | |
| 2/5/2018 | Purchase | 100 | 111.6550 | 100 | - | - | 11,950 | $ 11,165.50 | |
| 2/5/2018 | Purchase | 100 | 111.8300 | 100 | - | - | 12,050 | $ 11,183.00 | |
| 2/5/2018 | Purchase | 10 | 111.8800 | 10 | - | - | 12,060 | $ 1,118.80 | |
| 2/5/2018 | Purchase | 281 | 111.7100 | 281 | - | - | 12,341 | $ 31,390.51 | |
| 2/5/2018 | Purchase | 9 | 111.9200 | 9 | - | - | 12,350 | $ 1,007.28 | |
| 2/5/2018 | Purchase | 190 | 30.0000 | 190 | - | - | 12,540 | $ 5,700.00 | |
| 2/5/2018 | Purchase | 1,000 | 111.8799 | 1,000 | - | - | 13,540 | $ 111,879.90 | |
| 2/5/2018 | Purchase | 1,000 | 112.3050 | 1,000 | - | - | 14,540 | $ 112,305.00 | |
| 2/5/2018 | Purchase | 500 | 111.0000 | 500 | - | - | 15,040 | $ 55,500.00 | |
| 2/5/2018 | Purchase | 50 | 110.0000 | 50 | - | - | 15,090 | $ 5,500.00 | |
| 2/5/2018 | Purchase | 250 | 108.0000 | 250 | - | - | 15,340 | $ 27,000.00 | |
| 2/5/2018 | Purchase | 100 | 107.9850 | 100 | - | - | 15,440 | $ 10,798.50 | |

**Damage Summary**

| | | |
|---|---|---|
| Total Class Period Purchases: | | 15,440 |
| Total Class Period Sales: | | - |
| Total Sales on Class Period Purchases: | | - |
| Total Class Period Shares Retained: | | 15,440 |
| Loss Price*: | $ | 7.3500 |
| | | |
| Total Purchases: | $ | 1,767,863.56 |
| Total Sales Proceeds: | $ | - |
| Total Retained Value: | $ | (113,484.00) |
| | | |
| Total Loss: | $ | 1,654,379.56 |

*The Loss Price has been adjusted to weigh the effect of post-class period sales on the retained value. Pursuant to the PSLRA, post-class period sales are valued at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.