# EXHIBIT D2

Credit Suisse VelocityShares Daily Inverse VIX Short-Term Exchange Traded Notes
Class Period: 1/29/2018 - 2/5/2018

**Nikolay Drozhzhinov LIFO Losses**

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 2/5/2018 | Purchase | 491 | 95.5000 | 491 | - | - | 491 | $ 46,890.50 | |
| 2/5/2018 | Purchase | 158 | 97.0000 | 158 | - | - | 649 | $ 15,326.00 | |
| 2/5/2018 | Purchase | 9,351 | 97.4041 | 9,351 | - | - | 10,000 | $ 910,826.17 | |
| 2/5/2018 | Purchase | 1,000 | 27.5100 | 1,000 | - | - | 11,000 | $ 27,510.00 | |
| 2/5/2018 | Purchase | 9,000 | 22.3800 | 9,000 | - | - | 20,000 | $ 201,420.00 | |
| 2/5/2018 | Purchase | 4,000 | 21.3300 | 4,000 | - | - | 24,000 | $ 85,320.00 | |
| 2/5/2018 | Purchase | 1,000 | 20.9500 | 1,000 | - | - | 25,000 | $ 20,950.00 | |
| 2/5/2018 | Purchase | 25,000 | 21.2896 | 25,000 | - | - | 50,000 | $ 532,239.56 | |
| 2/5/2018 | Purchase | 10,000 | 19.5100 | 10,000 | - | - | 60,000 | $ 195,100.00 | |
| 2/5/2018 | Purchase | 1,000 | 21.5000 | 1,000 | - | - | 61,000 | $ 21,500.00 | |
| 2/5/2018 | Purchase | 1,000 | 14.3700 | 1,000 | - | - | 62,000 | $ 14,370.00 | |
| 2/5/2018 | Purchase | 1,000 | 15.0000 | 1,000 | - | - | 63,000 | $ 15,000.00 | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 63,000 |
| Total Class Period Sales: | - |
| Total Sales on Class Period Purchases: | - |
| Total Class Period Shares Retained: | 63,000 |
| Loss Price*: | $ 5.9911 |
| | |
| Total Purchases: | $ 2,086,452.23 |
| Total Sales Proceeds: | $ - |
| Total Retained Value: | $ (377,436.43) |
| | |
| Total Loss: | $ 1,709,015.80 |

*The Loss Price has been adjusted to weigh the effect of post-class period sales on the retained value. Pursuant to the PSLRA, post-class period sales are valued at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.