# EXHIBIT F1

## CERTIFICATION

I, Michael W. Reindollar, on behalf of ACM, Ltd. ("ACM") hereby certify as to the claims asserted under the federal securities laws, that:

1.  I am the General Counsel of ACM and I am authorized to execute this certification on behalf of ACM.

2.  I have reviewed a complaint filed in this matter alleging violations of the federal securities laws.  ACM has authorized the filing of a motion for appointment as lead plaintiff on its behalf in this action.

3.  ACM did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this action.

4.  ACM is willing to serve as a lead plaintiff and class representative on behalf of the Class, including providing testimony at deposition, and trial, if necessary.

5.  During the Class Period (as defined in the Complaint), ACM purchased and/or sold the securities that are the subject of the Complaint as set forth in the attached Schedule A.

6.  ACM has not sought to serve as a representative party on behalf of a class in any private action(s) arising under the Securities Act or Exchange Act during the three-year period preceding the date of my signing this Certification:

7.  ACM will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May, 2018.

*Michael W. Reindollar*

Michael W. Reindollar
General Counsel
*ACM, Ltd.*