# EXHIBIT F2

**ACM Ltd. LIFO Losses**

Credit Suisse VelocityShares Daily Inverse VIX Short-Term Exchange Traded Notes
Class Period: 1/29/2018 - 2/5/2018

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 2/5/2018 | Purchase | 200,000 | 36.5210 | 200,000 | - | - | 200,000 | $ 7,304,200.00 | |
| 2/5/2018 | Purchase | 137,714 | 17.2701 | 137,714 | - | - | 337,714 | $ 2,378,334.55 | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 337,714 |
| Total Class Period Sales: | - |
| Total Sales on Class Period Purchases: | - |
| Total Class Period Shares Retained: | 337,714 |
| Loss Price*: | $ 5.8242 |

| | |
|---|---|
| Total Purchases: | $ 9,682,534.55 |
| Total Sales Proceeds: | $ - |
| Total Retained Value: | $ (1,966,908.82) |

| | |
|---|---|
| Total Loss: | $ 7,715,625.73 |

*The Loss Price has been adjusted to weigh the effect of post-class period sales on the retained value. Pursuant to the PSLRA, post-class period sales are valued at the higher of the sale price and the average price from the beginning of the 90-day period through the sale date.