# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAJAN CHAHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CREDIT SUISSE GROUP AG, DAVID R. MATHERS and TIDJANE THIAM,<br><br>　　　　　　　　Defendants. | Case No.: 1:18-cv-02268-AT-SN |
| GLENN EISENBERG, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CREDIT SUISSE AG and JANUS INDEX & CALCULATION SERVICES LLC,<br><br>　　　　　　　　Defendants. | Case No.: 1:18-cv-02319-AT-SN |
| SHAOLEI QIU, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CREDIT SUISSE GROUP AG and JANUS INDEX & CALCULATION SERVICES LLC,<br><br>　　　　　　　　Defendants. | Case No.: 1:18-cv-04045-AT |

**JOINT DECLARATION OF PHILLIP SYLVESTER, STEFAN JAGER, NIKOLAY DROZHZHINOV, ALEKSANDR GAMBURG, AND MICHAEL W. REINDOLLAR IN SUPPORT OF THE XIV INVESTOR GROUP'S MOTION TO CONSOLIDATE, <u>APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF COUNSEL</u>**

We, Phillip Sylvester, Stefan Jager, Nikolay Drozhzhinov, Aleksandr Gamburg, and Michael W. Reindollar, pursuant to 28 U.S.C. §1746, declare as follows:

1.     We, Phillip Sylvester on behalf of Set Capital LLC ("Set Capital"), Stefan Jager, Nikolay Drozhzhinov, and Aleksandr Gamburg on behalf of themselves, and Michael W. Reindollar on behalf of ACM Ltd. ("ACM") (collectively, the "XIV Investor Group" or "Movants"), respectfully submit this joint declaration in support of the XIV Investor Group's motion for: (i) consolidation of the above-captioned actions and all other related actions, (ii) appointment as Lead Plaintiff in the related actions, and (ii) approval of the XIV Investor Group's selection of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and Levi Korsinsky, LLP ("Levi Korsinsky") as Co-Lead Counsel.

2.     We are informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Each of us has personal knowledge about the information in this Joint Declaration as to ourselves and, where applicable, the entities with which we are associated.

3.     I, Phillip Sylvester, in my capacity as manager and sole owner of Set Capital, am authorized to make this declaration on its behalf. I have approximately 30 years of investing experience, and I have a sophisticated understanding of the specific market at issue in this securities action. Set Capital is familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class. Set Capital's understanding of the PSLRA's requirements is informed by, among other things, its conversations with its counsel. As detailed in the papers accompanying our Lead Plaintiff motion, Set Capital has suffered significant losses in its investments in Credit Suisse Group AG's ("Credit Suisse") VelocityShares Daily Inverse VIX Short Term ETN ("XIV") purchased during the Class Period. As reflected in its certification, Set

Capital suffered millions of dollars in losses as a result of the violations of the federal securities laws alleged in this action.

4. I, Stefan Jager, make this declaration on my own behalf. I have a BBA and MBA and have had a career in analytics, market research, and statistics. I have over 20 years of investment experience. I am familiar with the obligations and fiduciary responsibilities owed to a class. My understanding of the PSLRA's requirements is informed by, among other things, my conversations with counsel. As detailed in the papers accompanying our Lead Plaintiff motion, I have suffered significant losses in my investments in XIV purchased during the Class Period. As reflected in my certifications, I suffered millions of dollars in losses as a result of the violations of the federal securities laws alleged in this action.

5. I, Nikolay Drozhzhinov, make this declaration on my own behalf. I have over 4 years of investing experience. I am familiar with the obligations and fiduciary responsibilities owed to a class. My understanding of the PSLRA's requirements is informed by, among other things, my conversations with counsel. As detailed in the papers accompanying our Lead Plaintiff motion, I have suffered significant losses in my investments in XIV purchased during the Class Period. As reflected in my certifications, I suffered millions of dollars in losses as a result of the violations of the federal securities laws alleged in this action.

6. I, Aleksandr Gamburg, make this declaration on my own behalf. I have degrees from MIT and Stanford, and I have 15 years of experience in digital marketing. I have over 20 years of investing experience, including 5 years of active trading experience, and I have been trading full-time for the past 2 years. I am familiar with the obligations and fiduciary responsibilities owed to a class. My understanding of the PSLRA's requirements is informed by, among other things, my conversations with counsel. As detailed in the papers accompanying our

Lead Plaintiff motion, I have suffered significant losses in my investments in XIV purchased during the Class Period. As reflected in my certifications, I suffered millions of dollars in losses as a result of the violations of the federal securities laws alleged in this action.

7. I, Michael W. Reindollar, in my capacity as General Counsel for ACM, am authorized to make this declaration on its behalf. ACM has approximately 11 years of investing experience. ACM is familiar with the obligations and fiduciary responsibilities a Lead Plaintiff owes to a class. ACM's understanding of the PSLRA's requirements is informed by, among other things, its conversations with its counsel. As detailed in the papers accompanying our Lead Plaintiff motion, ACM has suffered significant losses in its investments in XIV purchased during the Class Period. As reflected in its certification, ACM suffered millions of dollars in losses as a result of the violations of the federal securities laws alleged in this action.

8. We have personal knowledge of the facts set forth below, and would testify competently thereto.

9. The XIV Investor Group is highly incentivized to recover the substantial losses suffered as a result of Defendants' alleged violations of the federal securities laws and are committed to actively directing this litigation and maximizing the recovery for the Class.

10. We understand that each of us could have chosen to pursue individual actions, made a motion for the appointment as Lead Plaintiff individually, or could have taken no action and remained absent class members. However, based on our respective financial losses, and in order to gain the advantages of joint decision-making, collective resources, and to provide the Class broad representation, we affirmatively decided that it would be a benefit to ourselves and the class if we jointly sought appointment as Lead Plaintiff. The XIV Investor Group agrees that our joint prosecution of this action will be in the best interests of Class Members. These reasons,

along with our commitment to ensure that the Class's claims are efficiently and effectively prosecuted, motivated us to seek appointment with one another.

11. We each understand that we owe a duty to all members of the proposed Class to provide fair and adequate representation. We intend to work with one another and with our chosen counsel to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in this action on behalf of the Class.

12. We do not foresee any problems communicating with one another or staying abreast of the progress of this litigation. Indeed, as part of our effort to formalize our leadership of this action, and our commitment to jointly prosecute the action against Defendants, before seeking appointment as Lead Plaintiff, the XIV Investor Group convened a conference call with our chosen counsel, Cohen Milstein and Levi Korsinsky, to discuss, among other things: the facts and the merits of the claims against Defendants; our interest in serving jointly as Lead Plaintiff; the benefits our small and cohesive group of sophisticated investors may provide to the Class; and ensuring that the Class's claims will be efficiently and zealously prosecuted, without duplicative efforts, by our oversight of our proposed Co-Lead Counsel, Cohen Milstein and Levi Korsinsky. We believe that a small, cohesive group of experienced investors serving as Lead Plaintiff will have a positive effect on the quality of the representation provided to absent class members.

13. We also discussed a Lead Plaintiff's obligation under the PSLRA to select Lead Counsel, and to supervise the prosecution of the case to guarantee that the action is prosecuted efficiently. Through supervision of our chosen counsel, we will ensure that the action is prosecuted for the benefit of the Class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of

this lawsuit via telephone and email. We also understand that some of these meetings may need to be conducted without counsel. To this end, we have exchanged contact information for one another, and will be able to call meetings with and without counsel as needed, including on an emergency basis if circumstances arise requiring such urgent communications. We are confident in our ability to reach unanimous decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the class.

14. After careful consideration, we have selected Cohen Milstein and Levi Korsinsky to serve as Co-Lead Counsel. We are satisfied that our chosen counsel are experienced in prosecuting actions of this nature and capable of diligently prosecuting the Class's claims under our supervision. We have instructed our counsel to conduct the litigation in an efficient manner and to avoid the duplication of efforts wherever possible. We have been informed that senior lawyers at Cohen Milstein and Levi Korsinsky who will be involved in this case have known and worked successfully with each other over the course of many years and we therefore are confident that the firms will work together cooperatively and efficiently in the prosecution of this case. We have instructed our proposed Co-Lead Counsel to provide us with regular updates on the progress of the litigation. We recognize that developments in this case may require more frequent updates, and have instructed counsel to provide updates as frequently as necessary.

15. As set forth above, the XIV Investor Group is committed to actively overseeing the effective and efficient prosecution of this action by, among other things, reviewing court documents, actively participating in litigation decisions, monitoring and directing counsel, and attending hearings and depositions as necessary. We take the obligations owed by a Lead Plaintiff very seriously and hereby reaffirm our commitment to actively monitor our counsel and

the litigation, to prosecute the action in the best interest of the Class, and to otherwise fulfill the duties we will assume if appointed as Lead Plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed this 17 day of May, 2018.

Set Capital LLC

_____

Phillip Sylvester, Manager

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed this 14 day of May, 2018.

_____
Stefan Jager

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements related to myself are true and correct.

Executed this 14th day of May, 2018.

Signed:

NAME: NIKOLAY DROZHZHINOV

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed this 14 day of May, 2018.

_____
Aleksandr Gamburg

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Executed this ___ day of May, 2018.

ACM Ltd.

*Michael W. Reindollar* 5/14/2018 2:46:49 PM PDT

Michael W. Reindollar, General Counsel

7