# EXHIBIT 3

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Adam Falcon declares as follows:

1. I am Chief Investment Officer for Princeton Opportunistic Credit Fund, L.P. ("plaintiff"). As such, I am authorized to make this certification on plaintiff's behalf.

2. Plaintiff has reviewed a complaint against Credit Suisse AG ("Credit Suisse") and has authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP, and such co-counsel as it deems appropriate to associate with, to pursue such action on a contingent fee basis.

3. Plaintiff did not purchase Credit Suisse VelocityShares Daily Inverse VIX Short Term exchange traded notes ("Inverse VIX Short ETNs") at the direction of plaintiffs' counsel or in order to participate in this private action.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transactions in Inverse VIX Short ETNs during the Class period as set forth in the complaint are set forth on the attached Schedule A.

6. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party, for a class in any action filed under the federal securities laws.

7. Plaintiff will not accept payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any class recovery, except as ordered/

approved by the Court.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of April, 2017.

                                                            _____
                                                                      Signature

Plaintiff's Transactions During the Class Period
(January 29, 2018 – February 5, 2018)

| Date and Time | Transaction Type | Quantity | Price (USD) |
|---|---|---|---|
| 2018-02-05 | BUY | 20 | 10.4300 |
| 2018-02-05 | BUY | 480 | 10.4000 |
| 2018-02-05 | BUY | 100 | 10.4400 |
| 2018-02-05 | BUY | 700 | 10.4400 |
| 2018-02-05 | BUY | 100 | 10.6000 |
| 2018-02-05 | BUY | 33 | 10.6000 |
| 2018-02-05 | BUY | 367 | 10.6000 |
| 2018-02-05 | BUY | 9,900 | 11.0000 |
| 2018-02-05 | BUY | 100 | 11.0000 |
| 2018-02-05 | BUY | 25,637 | 11.7500 |
| 2018-02-05 | BUY | 53 | 11.9700 |
| 2018-02-05 | BUY | 100 | 11.7500 |
| 2018-02-05 | BUY | 500 | 11.9000 |
| 2018-02-05 | BUY | 1,000 | 12.0000 |
| 2018-02-05 | BUY | 500 | 13.0000 |
| 2018-02-05 | BUY | 874 | 13.0000 |
| 2018-02-05 | BUY | 289 | 13.0000 |
| 2018-02-05 | BUY | 300 | 13.0000 |
| 2018-02-05 | BUY | 4,498 | 13.0000 |
| 2018-02-05 | BUY | 400 | 13.0000 |
| 2018-02-05 | BUY | 5,700 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 700 | 13.3900 |
| 2018-02-05 | BUY | 737 | 13.3900 |
| 2018-02-05 | BUY | 6,500 | 13.3900 |
| 2018-02-05 | BUY | 1,000 | 13.3900 |
| 2018-02-05 | BUY | 600 | 13.3900 |
| 2018-02-05 | BUY | 10,000 | 13.3900 |
| 2018-02-05 | BUY | 1,000 | 13.3900 |
| 2018-02-05 | BUY | 2,000 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 200 | 13.3900 |
| 2018-02-05 | BUY | 400 | 13.3900 |
| 2018-02-05 | BUY | 400 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 1,025 | 13.3900 |
| 2018-02-05 | BUY | 3,000 | 13.3900 |
| 2018-02-05 | BUY | 2,606 | 13.3900 |
| 2018-02-05 | BUY | 1,000 | 13.3900 |
| 2018-02-05 | BUY | 500 | 13.3900 |

| | | | |
|---|---|---|---|
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 2 | 13.3900 |
| 2018-02-05 | BUY | 27 | 13.3900 |
| 2018-02-05 | BUY | 25 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 1 | 13.3900 |
| 2018-02-05 | BUY | 25 | 13.3900 |
| 2018-02-05 | BUY | 5,000 | 13.3900 |
| 2018-02-05 | BUY | 1,500 | 13.3900 |
| 2018-02-05 | BUY | 2 | 13.3900 |
| 2018-02-05 | BUY | 10 | 13.3900 |
| 2018-02-05 | BUY | 1,000 | 13.3900 |
| 2018-02-05 | BUY | 500 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.3900 |
| 2018-02-05 | BUY | 1,000 | 13.3900 |
| 2018-02-05 | BUY | 200 | 13.3900 |
| 2018-02-05 | BUY | 800 | 13.3900 |
| 2018-02-05 | BUY | 10 | 13.3900 |
| 2018-02-05 | BUY | 1,000 | 13.3900 |
| 2018-02-05 | BUY | 100 | 13.4000 |
| 2018-02-05 | BUY | 19 | 13.4000 |
| 2018-02-05 | BUY | 1,600 | 13.4000 |
| 2018-02-05 | BUY | 100 | 13.4000 |
| 2018-02-05 | BUY | 100 | 13.4000 |
| 2018-02-05 | BUY | 48 | 13.4000 |
| 2018-02-05 | BUY | 48 | 13.4000 |
| 2018-02-05 | BUY | 5,800 | 13.4000 |
| 2018-02-05 | BUY | 8,066 | 13.4000 |
| 2018-02-05 | BUY | 100 | 13.4000 |
| 2018-02-05 | BUY | 48 | 13.4000 |
| 2018-02-05 | BUY | 450 | 13.4000 |
| 2018-02-05 | BUY | 100 | 13.4000 |
| 2018-02-05 | BUY | 10 | 12.9700 |
| 2018-02-05 | BUY | 100 | 12.9900 |
| 2018-02-05 | BUY | 100 | 13.0000 |
| 2018-02-05 | BUY | 2,000 | 12.9700 |
| 2018-02-05 | BUY | 1,060 | 12.9800 |
| 2018-02-05 | BUY | 28,138 | 13.0000 |
| 2018-02-05 | BUY | 345 | 13.0000 |
| 2018-02-05 | BUY | 2,000 | 12.9700 |
| 2018-02-05 | BUY | 2,738 | 12.9900 |
| 2018-02-05 | BUY | 1,250 | 13.0000 |
| 2018-02-05 | BUY | 1,000 | 16.3100 |
| 2018-02-05 | BUY | 400 | 16.3100 |
| 2018-02-05 | BUY | 5,878 | 16.3100 |
| 2018-02-05 | BUY | 935 | 16.3100 |

| | | | |
|---|---|---|---|
| 2018-02-05 | BUY | 100 | 16.9700 |
| 2018-02-05 | BUY | 1,500 | 16.9400 |
| 2018-02-05 | BUY | 1,020 | 16.9400 |
| 2018-02-05 | BUY | 4,000 | 16.9800 |
| 2018-02-05 | BUY | 100 | 16.9800 |
| 2018-02-05 | BUY | 4,000 | 16.9800 |
| 2018-02-05 | BUY | 100 | 16.9800 |
| 2018-02-05 | BUY | 100 | 17.0000 |
| 2018-02-05 | BUY | 100 | 17.0000 |
| 2018-02-05 | BUY | 100 | 17.0000 |
| 2018-02-05 | BUY | 500 | 17.0000 |
| 2018-02-05 | BUY | 2,000 | 17.0000 |
| 2018-02-05 | BUY | 100 | 17.0000 |
| 2018-02-05 | BUY | 300 | 17.0000 |
| 2018-02-05 | BUY | 200 | 17.0000 |
| 2018-02-05 | BUY | 10 | 16.9900 |
| 2018-02-05 | BUY | 50 | 17.0000 |
| 2018-02-05 | BUY | 750 | 17.0000 |
| 2018-02-05 | BUY | 4,700 | 16.9800 |
| 2018-02-05 | BUY | 100 | 17.0000 |
| 2018-02-05 | BUY | 500 | 17.0000 |
| 2018-02-05 | BUY | 15 | 17.0000 |
| 2018-02-05 | BUY | 4,800 | 17.3000 |
| 2018-02-05 | BUY | 100 | 17.3000 |
| 2018-02-05 | BUY | 4 | 17.3000 |
| 2018-02-05 | BUY | 250 | 17.3000 |
| 2018-02-05 | BUY | 1,200 | 17.3000 |
| 2018-02-05 | BUY | 10,000 | 17.3000 |
| 2018-02-05 | BUY | 1,200 | 17.3000 |
| 2018-02-05 | BUY | 3,900 | 17.3000 |
| 2018-02-05 | BUY | 2,500 | 17.3000 |
| 2018-02-05 | BUY | 5,200 | 17.3000 |
| 2018-02-05 | BUY | 1,000 | 17.3000 |
| 2018-02-05 | BUY | 4,000 | 17.3000 |
| 2018-02-05 | BUY | 262 | 17.3000 |
| 2018-02-05 | BUY | 300 | 17.3000 |
| 2018-02-05 | BUY | 700 | 17.3000 |
| 2018-02-05 | BUY | 1,000 | 17.3000 |
| 2018-02-05 | BUY | 400 | 17.3000 |
| 2018-02-05 | BUY | 10 | 17.3000 |
| 2018-02-05 | BUY | 600 | 17.3000 |
| 2018-02-05 | BUY | 10,536 | 17.3000 |
| 2018-02-05 | BUY | 100 | 17.3000 |
| 2018-02-05 | BUY | 300 | 17.3000 |
| 2018-02-05 | BUY | 2,000 | 17.3000 |
| 2018-02-05 | BUY | 2,000 | 17.3000 |
| 2018-02-05 | BUY | 4,000 | 17.3000 |

| | | | |
|---|---|---|---|
| 2018-02-05 | BUY | 100 | 17.3000 |
| 2018-02-05 | BUY | 400 | 17.3000 |
| 2018-02-05 | BUY | 4,200 | 17.3000 |
| 2018-02-05 | BUY | 100 | 17.3000 |
| 2018-02-05 | BUY | 780 | 17.3000 |
| 2018-02-05 | BUY | 300 | 17.3000 |
| 2018-02-05 | BUY | 9,200 | 17.3000 |
| 2018-02-05 | BUY | 100 | 15.3900 |
| 2018-02-05 | SELL | -100 | 14.7700 |
| 2018-02-05 | SELL | -100 | 14.8000 |
| 2018-02-05 | SELL | -600 | 14.7500 |
| 2018-02-05 | SELL | -100 | 14.8100 |
| 2018-02-05 | SELL | -100 | 14.7500 |