# EXHIBIT 4

| LIFO[1] Damages of Princeton Opportunistic Credit Fund L.P. for Credit Suisse VelocityShares Daily Inverse VIX Short Term ETN Class Period: January 29, 2018 - February 5, 2018 | | |
|---|---|---|
| Number of Shares Purchased During Class Period | | 249,641 |
| Purchase Expenditures | $ | 3,628,279.11 |
| Class Period Sales | | 1,000 |
| Class Period Proceeds | $ | 14,763.00 |
| LIFO-Recognized Sales in Class Period | | 1,000 |
| LIFO-Recognized Proceeds in Class Period | $ | 14,763.00 |
| LIFO-Recognized Shares Sold post-Class Period | | 248,641 |
| LIFO-Recognized Proceeds post-Class Period | $ | 1,410,610.10 |
| Total Shares Purchased During Class Period | | 249,641 |
| Net Shares Purchased During Class Period | | 248,641 |
| Total Expenditures During Class Period | $ | 3,628,279.11 |
| Net Expenditures During Class Period | $ | 3,613,516.11 |
| LIFO Losses | $ | (2,202,906.01) |

1. The Last-In-First-Out ("LIFO") loss calculation matches sales of shares with the most recent purchases of those shares (that have not already been matched to sales). LIFO losses on shares purchased during the Class Period are the difference between purchase price and sale price.

| Trade Date | Type | Quantity Purchased | Quantity Sold | Price |
|---|---|---|---|---|
| 2/5/2018 | BUY | 20 | | $10.43 |
| 2/5/2018 | BUY | 480 | | $10.40 |
| 2/5/2018 | BUY | 100 | | $10.44 |
| 2/5/2018 | BUY | 700 | | $10.44 |
| 2/5/2018 | BUY | 100 | | $10.60 |
| 2/5/2018 | BUY | 33 | | $10.60 |
| 2/5/2018 | BUY | 367 | | $10.60 |
| 2/5/2018 | BUY | 9,900 | | $11.00 |
| 2/5/2018 | BUY | 100 | | $11.00 |
| 2/5/2018 | BUY | 25,637 | | $11.75 |
| 2/5/2018 | BUY | 53 | | $11.97 |
| 2/5/2018 | BUY | 100 | | $11.75 |
| 2/5/2018 | BUY | 500 | | $11.90 |
| 2/5/2018 | BUY | 1,000 | | $12.00 |
| 2/5/2018 | BUY | 500 | | $13.00 |
| 2/5/2018 | BUY | 874 | | $13.00 |
| 2/5/2018 | BUY | 289 | | $13.00 |
| 2/5/2018 | BUY | 300 | | $13.00 |
| 2/5/2018 | BUY | 4,498 | | $13.00 |
| 2/5/2018 | BUY | 400 | | $13.00 |
| 2/5/2018 | BUY | 5,700 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 700 | | $13.39 |
| 2/5/2018 | BUY | 737 | | $13.39 |
| 2/5/2018 | BUY | 6,500 | | $13.39 |
| 2/5/2018 | BUY | 1,000 | | $13.39 |
| 2/5/2018 | BUY | 600 | | $13.39 |
| 2/5/2018 | BUY | 10,000 | | $13.39 |
| 2/5/2018 | BUY | 1,000 | | $13.39 |
| 2/5/2018 | BUY | 2,000 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 200 | | $13.39 |
| 2/5/2018 | BUY | 400 | | $13.39 |
| 2/5/2018 | BUY | 400 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 1,025 | | $13.39 |
| 2/5/2018 | BUY | 3,000 | | $13.39 |
| 2/5/2018 | BUY | 2,606 | | $13.39 |
| 2/5/2018 | BUY | 1,000 | | $13.39 |
| 2/5/2018 | BUY | 500 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 2 | | $13.39 |
| 2/5/2018 | BUY | 27 | | $13.39 |
| 2/5/2018 | BUY | 25 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 1 | | $13.39 |
| 2/5/2018 | BUY | 25 | | $13.39 |
| 2/5/2018 | BUY | 5,000 | | $13.39 |
| 2/5/2018 | BUY | 1,500 | | $13.39 |
| 2/5/2018 | BUY | 2 | | $13.39 |
| 2/5/2018 | BUY | 10 | | $13.39 |
| 2/5/2018 | BUY | 1,000 | | $13.39 |
| 2/5/2018 | BUY | 500 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.39 |
| 2/5/2018 | BUY | 1,000 | | $13.39 |
| 2/5/2018 | BUY | 200 | | $13.39 |
| 2/5/2018 | BUY | 800 | | $13.39 |
| 2/5/2018 | BUY | 10 | | $13.39 |

| Date | Action | Quantity | | Price |
|---|---|---:|---|---:|
| 2/5/2018 | BUY | 1,000 | | $13.39 |
| 2/5/2018 | BUY | 100 | | $13.40 |
| 2/5/2018 | BUY | 19 | | $13.40 |
| 2/5/2018 | BUY | 1,600 | | $13.40 |
| 2/5/2018 | BUY | 100 | | $13.40 |
| 2/5/2018 | BUY | 100 | | $13.40 |
| 2/5/2018 | BUY | 48 | | $13.40 |
| 2/5/2018 | BUY | 48 | | $13.40 |
| 2/5/2018 | BUY | 5,800 | | $13.40 |
| 2/5/2018 | BUY | 8,066 | | $13.40 |
| 2/5/2018 | BUY | 100 | | $13.40 |
| 2/5/2018 | BUY | 48 | | $13.40 |
| 2/5/2018 | BUY | 450 | | $13.40 |
| 2/5/2018 | BUY | 100 | | $13.40 |
| 2/5/2018 | BUY | 10 | | $12.97 |
| 2/5/2018 | BUY | 100 | | $12.99 |
| 2/5/2018 | BUY | 100 | | $13.00 |
| 2/5/2018 | BUY | 2,000 | | $12.97 |
| 2/5/2018 | BUY | 1,060 | | $12.98 |
| 2/5/2018 | BUY | 28,138 | | $13.00 |
| 2/5/2018 | BUY | 345 | | $13.00 |
| 2/5/2018 | BUY | 2,000 | | $12.97 |
| 2/5/2018 | BUY | 2,738 | | $12.99 |
| 2/5/2018 | BUY | 1,250 | | $13.00 |
| 2/5/2018 | BUY | 1,000 | | $16.31 |
| 2/5/2018 | BUY | 400 | | $16.31 |
| 2/5/2018 | BUY | 5,878 | | $16.31 |
| 2/5/2018 | BUY | 935 | | $16.31 |
| 2/5/2018 | BUY | 100 | | $16.97 |
| 2/5/2018 | BUY | 1,500 | | $16.94 |
| 2/5/2018 | BUY | 1,020 | | $16.94 |
| 2/5/2018 | BUY | 4,000 | | $16.98 |
| 2/5/2018 | BUY | 100 | | $16.98 |
| 2/5/2018 | BUY | 4,000 | | $16.98 |
| 2/5/2018 | BUY | 100 | | $16.98 |
| 2/5/2018 | BUY | 100 | | $17.00 |
| 2/5/2018 | BUY | 100 | | $17.00 |
| 2/5/2018 | BUY | 100 | | $17.00 |
| 2/5/2018 | BUY | 500 | | $17.00 |
| 2/5/2018 | BUY | 2,000 | | $17.00 |
| 2/5/2018 | BUY | 100 | | $17.00 |
| 2/5/2018 | BUY | 300 | | $17.00 |
| 2/5/2018 | BUY | 200 | | $17.00 |
| 2/5/2018 | BUY | 10 | | $16.99 |
| 2/5/2018 | BUY | 50 | | $17.00 |
| 2/5/2018 | BUY | 750 | | $17.00 |
| 2/5/2018 | BUY | 4,700 | | $16.98 |
| 2/5/2018 | BUY | 100 | | $17.00 |
| 2/5/2018 | BUY | 500 | | $17.00 |
| 2/5/2018 | BUY | 15 | | $17.00 |
| 2/5/2018 | BUY | 4,800 | | $17.30 |
| 2/5/2018 | BUY | 100 | | $17.30 |
| 2/5/2018 | BUY | 4 | | $17.30 |
| 2/5/2018 | BUY | 250 | | $17.30 |
| 2/5/2018 | BUY | 1,200 | | $17.30 |
| 2/5/2018 | BUY | 10,000 | | $17.30 |
| 2/5/2018 | BUY | 1,200 | | $17.30 |
| 2/5/2018 | BUY | 3,900 | | $17.30 |
| 2/5/2018 | BUY | 2,500 | | $17.30 |
| 2/5/2018 | BUY | 5,200 | | $17.30 |
| 2/5/2018 | BUY | 1,000 | | $17.30 |

| Date | Action | Buy Qty | Sell Qty | Price |
|---|---|---|---|---|
| 2/5/2018 | BUY | 4,000 | | $17.30 |
| 2/5/2018 | BUY | 262 | | $17.30 |
| 2/5/2018 | BUY | 300 | | $17.30 |
| 2/5/2018 | BUY | 700 | | $17.30 |
| 2/5/2018 | BUY | 1,000 | | $17.30 |
| 2/5/2018 | BUY | 400 | | $17.30 |
| 2/5/2018 | BUY | 10 | | $17.30 |
| 2/5/2018 | BUY | 600 | | $17.30 |
| 2/5/2018 | BUY | 10,536 | | $17.30 |
| 2/5/2018 | BUY | 100 | | $17.30 |
| 2/5/2018 | BUY | 300 | | $17.30 |
| 2/5/2018 | BUY | 2,000 | | $17.30 |
| 2/5/2018 | BUY | 2,000 | | $17.30 |
| 2/5/2018 | BUY | 4,000 | | $17.30 |
| 2/5/2018 | BUY | 100 | | $17.30 |
| 2/5/2018 | BUY | 400 | | $17.30 |
| 2/5/2018 | BUY | 4,200 | | $17.30 |
| 2/5/2018 | BUY | 100 | | $17.30 |
| 2/5/2018 | BUY | 780 | | $17.30 |
| 2/5/2018 | BUY | 300 | | $17.30 |
| 2/5/2018 | BUY | 9,200 | | $17.30 |
| 2/5/2018 | BUY | 100 | | $15.39 |
| 2/5/2018 | SELL | | (100) | $14.77 |
| 2/5/2018 | SELL | | (100) | $14.80 |
| 2/5/2018 | SELL | | (600) | $14.75 |
| 2/5/2018 | SELL | | (100) | $14.81 |
| 2/5/2018 | SELL | | (100) | $14.75 |
| 2/6/2018 | SELL | | (100) | $5.63 |
| 2/6/2018 | SELL | | (83,637) | $5.63 |
| 2/6/2018 | SELL | | (7,321) | $5.61 |
| 2/6/2018 | SELL | | (3,000) | $5.61 |
| 2/6/2018 | SELL | | (5,942) | $5.61 |
| 2/6/2018 | SELL | | (81,816) | $5.73 |
| 2/6/2018 | SELL | | (500) | $5.72 |
| 2/6/2018 | SELL | | (1,784) | $5.71 |
| 2/6/2018 | SELL | | (45) | $5.71 |
| 2/6/2018 | SELL | | (2,000) | $5.71 |
| 2/6/2018 | SELL | | (200) | $5.70 |
| 2/6/2018 | SELL | | (110) | $5.66 |
| 2/6/2018 | SELL | | (200) | $5.65 |
| 2/6/2018 | SELL | | (100) | $5.66 |
| 2/6/2018 | SELL | | (50) | $5.63 |
| 2/6/2018 | SELL | | (400) | $5.65 |
| 2/6/2018 | SELL | | (100) | $5.61 |
| 2/6/2018 | SELL | | (100) | $5.63 |
| 2/6/2018 | SELL | | (9,379) | $5.60 |
| 2/6/2018 | SELL | | (900) | $5.61 |
| 2/6/2018 | SELL | | (400) | $5.72 |
| 2/6/2018 | SELL | | (216) | $5.71 |
| 2/6/2018 | SELL | | (1,000) | $5.70 |
| 2/6/2018 | SELL | | (100) | $5.65 |
| 2/6/2018 | SELL | | (100) | $5.64 |
| 2/6/2018 | SELL | | (100) | $5.61 |
| 2/6/2018 | SELL | | (400) | $5.61 |
| 2/6/2018 | SELL | | (100) | $5.70 |
| 2/6/2018 | SELL | | (100) | $5.69 |
| 2/6/2018 | SELL | | (200) | $5.69 |
| 2/6/2018 | SELL | | (36,000) | $5.69 |
| 2/6/2018 | SELL | | (100) | $5.68 |
| 2/6/2018 | SELL | | (100) | $5.69 |
| 2/6/2018 | SELL | | (100) | $5.66 |

| | | | | |
|---|---|---|---|---|
| 2/6/2018 | SELL | | (500) | $5.66 |
| 2/6/2018 | SELL | | (3,100) | $5.66 |
| 2/6/2018 | SELL | | (200) | $5.69 |
| 2/6/2018 | SELL | | (200) | $5.69 |
| 2/6/2018 | SELL | | (200) | $5.69 |
| 2/6/2018 | SELL | | (15) | $5.69 |
| 2/6/2018 | SELL | | (1,687) | $5.66 |
| 2/6/2018 | SELL | | (100) | $5.66 |
| 2/6/2018 | SELL | | (100) | $5.66 |
| 2/6/2018 | SELL | | (100) | $5.69 |
| 2/6/2018 | SELL | | (200) | $5.69 |
| 2/6/2018 | SELL | | (4,000) | $5.69 |
| 2/6/2018 | SELL | | (100) | $5.68 |
| 2/6/2018 | SELL | | (900) | $5.66 |
| 2/6/2018 | SELL | | (100) | $5.66 |
| 2/6/2018 | SELL | | (25) | $5.66 |
| 2/6/2018 | SELL | | (364) | $5.66 |
| 2/6/2018 | SELL | | (50) | $5.66 |

| | |
|---|---|
| Shares Purchased During Class Period | 249,641 |
| Purchase Expenditures | $ 3,628,279.11 |
| Sales[1] | 249,641 |
| Class Period Sales | 1,000 |
| Class Period Sale Proceeds | $ 14,763.00 |
| Post-Class Period Sales of Class-Period-purchased Shares | 248,641 |
| Sale proceeds from post-Class Period Sales | $ 1,410,610.10 |
| Shares held through liquidation | - |
| Liquidation Price | $ 6.04 |
| Value of Shares Held through Liquidation | $ - |

| | |
|---|---|
| Purchase Expenditures | $ 3,628,279.11 |
| Proceeds from Class Period Sales | $ 14,763.00 |
| Proceeds from Post Class Period Sales | $ 1,410,610.10 |
| Value of Shares Held through Liquidation | $ - |
| Damages | **$ (2,202,906.01)** |

1. There were no pre-Class Period holdings or post-Class Period purchases. Therefore, all sales during and after the Class Period were matched to Class Period purchases.