UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJAN CHAHAL, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; TIDJANE THIAM; DAVID R. MATHERS; JANUS HENDERSON GROUP PLC; JANUS INDEX & CALCULATION SERVICES LLC; and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>                              Defendants. | Case No. 1:18-cv-02268-AT-SN<br><br>**Oral Argument Requested** |
| GLENN EISENBERG, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>v.<br><br>CREDIT SUISSE AG and JANUS INDEX & CALCULATION SERVICES LLC,<br><br>                              Defendants. | Case No. 1:18-cv-02319-AT-SN |
| SHAOLEI QUI, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP AG and JANUS INDEX & CALCULATION SERVICES LLC,<br><br>                              Defendants. | Case No. 1:18-cv-04045-AT-SN |

**NOTICE OF DEFENDANTS JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, AND JANUS DISTRIBUTORS LLC D/B/A JANUS HENDERSON DISTRIBUTORS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of Defendants Janus Henderson Group plc, Janus Index & Calculation Services LLC, and

Janus Distributors LLC d/b/a Janus Henderson Distributors' (the "Janus Defendants") Motion to Dismiss the Consolidated Class Action Complaint, and any other submissions as shall be made in support of this Motion to Dismiss, and pursuant to this Court's October 12, 2018 scheduling order, the Janus Defendants, by and through undersigned counsel, move this Court, before the Honorable Analisa Torres, for an order dismissing Plaintiffs' Complaint pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:   November 2, 2018

                                                Respectfully submitted,

                                                By: /s/ *Jason M. Halper*
                                                    Jason M. Halper

Jason M. Halper
Gillian Groarke Burns
Jared Stanisci
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
212-504-6000
Fax: 212-504-6000
jason.halper@cwt.com
gillian.burns@cwt.com
jared.stanisci@cwt.com

*Attorneys for Defendants Janus Henderson Group plc, Janus Index & Calculation Services LLC and Janus Distributors LLC d/b/a Janus Henderson Distributors*