```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAJAN CHAHAL, individually and on behalf of
all others similarly situated,

                Plaintiff,

        -against-

CREDIT SUISSE GROUP AG, et al.,

                Defendants.
-------------------------------------------------------------X

18-CV-02268 (AT)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      No later than January 28, 2022, the parties shall file a joint letter informing the Court of the status of discovery and whether a settlement conference would be productive at this time.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 21, 2022
               New York, New York