VIA ECF						January 28, 2022

The Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Set Capital LLC, et al., v. Credit Suisse Group AG, et al.,*
              *No. 18-CV-02268 (AT) (SN)*

Dear Magistrate Judge Netburn:

      We represent the Lead Plaintiffs and Defendants, respectively, in the above-captioned litigation and write on their respective behalf in response to Your Honor's Order dated January 21, 2022.

      <u>First</u>, discovery is on track. Consistent with the Court's Case Management Order, the parties served Initial Disclosures on each other, and Defendants produced to Plaintiffs all documents previously produced by them to the SEC and FINRA. The parties also served requests for production and responses and objections on each other and conducted meet and confers regarding the scope of those document requests. The parties are now negotiating search terms and custodians for ESI in response to those document requests. In addition, Plaintiffs received document productions in response to their subpoenas to Janus Henderson Group PLC and S&P Global Inc., and are in the process of negotiating the scope of production from the Cboe Futures Exchange, LLC. At this time, the parties see no need for any modification to the deadlines set forth in the Case Management Order.

      <u>Second</u>, the parties believe that a settlement conference is premature at this time. Once the deadline for the substantial completion of document production has passed on April 21, 2022, and Plaintiffs have had the opportunity to review Defendants' production, the parties will notify the Court if a settlement conference would be productive.

      We appreciate the Court's attention to this matter and are available to answer any further questions the Court may have.

                                            Respectfully submitted,

*/s/ Sheila C. Ramesh*                    */s/ Laura H. Posner*
Sheila C. Ramesh                      Laura H. Posner

*Counsel for Defendants Credit Suisse*      *Counsel for Lead Plaintiffs Set Capital LLC,*
*Group, AG, Credit Suisse AG, Credit*        *Stefan Jager, Nikolay Drozhzhinov,*
*Suisse International, Tidjane Thiam, and*    *Aleksander Gamburg, and AMC Ltd.*
*David R. Mathers*