# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

DANIEL R. ANDERSON
HELENE R. BANKS
ANIRUDH BANSAL
DAVID L. BARASH
LANDIS C. BEST
BRADLEY J. BONDI
BROCKTON B. BOSSON
JONATHAN BROWNSON *
DONNA M. BRYAN
JOYDEEP CHOUDHURI *
JAMES J. CLARK
CHRISTOPHER W. CLEMENT
LISA COLLIER
AYANO K. CREED
PRUE CRIDDLE ±
SEAN M. DAVIS
STUART G. DOWNING
ADAM M. DWORKIN
ANASTASIA EFIMOVA
JENNIFER B. EZRING
HELENA S. FRANCESCHI
JOAN MURTAGH FRANKEL

JONATHAN J. FRANKEL
ARIEL GOLDMAN
PATRICK GORDON
JASON M. HALL
STEPHEN HARPER
WILLIAM M. HARTNETT
NOLA B. HELLER
CRAIG M. HOROWITZ
TIMOTHY B. HOWELL
DAVID G. JANUSZEWSKI
ELAI KATZ
JAKE KEAVENY
BRIAN S. KELLEHER
RICHARD KELLY
CHÉRIE R. KISER ‡
JOEL KURTZBERG
TED B. LACEY
MARC R. LASHBROOK
ALIZA R. LEVINE
JOEL H. LEVITIN
GEOFFREY E. LIEBMANN
BRIAN T. MARKLEY

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

———

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

———

WRITER'S DIRECT NUMBER

MEGHAN N. McDERMOTT
WILLIAM J. MILLER
EDWARD N. MOSS
NOAH B. NEWITZ
WARREN NEWTON §
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
KIMBERLY PETILLO-DÉCOSSARD
SHEILA C. RAMESH
MICHAEL W. REDDY
OLEG REZZY
THORN ROSENTHAL
TAMMY L. ROY
JONATHAN A. SCHAFFZIN
ANDREW SCHWARTZ
DARREN SILVER
JOSIAH M. SLOTNICK
RICHARD A. STIEGLITZ JR.
ROSS E. STURMAN
SUSANNA M. SUH
ANTHONY K. TAMA

JOHN A. TRIPODORO
GLENN J. WALDRIP, JR.
HERBERT S. WASHER
MICHAEL B. WEISS
DAVID WISHENGRAD
C. ANTHONY WOLFE
COREY WRIGHT
ELIZABETH M. YAHL
JOSHUA M. ZELIG

\* ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY
± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY
‡ ADMITTED IN DC ONLY
§ ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY

(212) 701-3833

March 30, 2022

Re:   *Set Capital LLC, et al.* v. *Credit Suisse Group AG, et al.*,
       No. 18-cv-02268-AT-SN

Dear Judge Netburn:

      We represent Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers (the "Credit Suisse Defendants") in the above-captioned action.  We write pursuant to Part I.G of Your Honor's Individual Practices in Civil Cases to respectfully request a modification of the deadlines set forth at Paragraphs 7 and 8(f)-11 of the July 20, 2021 Civil Case Management Plan and Scheduling Order (Dkt. No. 166) (the "Scheduling Order").

      The parties have worked diligently and cooperatively to resolve discovery issues, but only recently reached a final agreement regarding custodians, search terms and date ranges for document discovery.  As a result, the current deadlines for the substantial completion of document production and the close of fact discovery are no longer feasible given the significant volume of materials to be reviewed and produced.  We therefore respectfully request that Your Honor enter the Amended Proposed Civil Case Management Plan and Scheduling Order, enclosed herein as Exhibit A.  For ease of reference, we also enclose as Exhibit B a redline comparison to the current schedule indicating which deadlines are affected by this request.

      This is the Credit Suisse Defendants' first request for an extension of the deadlines in the Scheduling Order.  We have conferred with Class Plaintiffs' counsel, who do not object to the request.

CAHILL GORDON & REINDEL LLP

-2-

Respectfully submitted,

*/s/ Sheila C. Ramesh*

Sheila C. Ramesh

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

BY ECF

cc:   The Honorable Analisa Torres
      All Counsel of Record