UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br>v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>                      Defendants. | Case No.: 1:18-cv-02268-AT-SN<br><br>NOTION OF MOTION AND MOTION FOR CLASS CERTIFICATION |

PLEASE TAKE NOTICE that Lead Plaintiffs Set Capital LLC, Stefan Jager, Aleksandr Gamburg, and Apollo Asset Limited[1] ("Lead Plaintiffs") hereby move this Court for an Order (i) certifying this matter as a class action pursuant to Rules 23(a), (b)(3) and (g) of the Federal Rules of Civil Procedure; (ii) appointing Lead Plaintiffs as Class Representatives; and (iii) appointing Cohen Milstein Sellers & Toll PLLC and Levi & Korsinsky, LLP, as Class Counsel.

In support of this motion, Lead Plaintiffs submit the accompanying Memorandum of Law, Declaration, together with the exhibits annexed thereto, and a [Proposed] Order, filed herewith.

Dated: July 1, 2022                                          Respectfully submitted,

---

[1] Apollo Asset Limited was previously referred to as ACM in the pleadings as Counsel believed that Apollo Asset Limited had changed its name to ACM. Counsel recently learned that the corporate name-change from Apollo Asset Limited to ACM was never filed with the relevant authorities, so the name of the entity did not formally change and remains Apollo Asset Limited. Counsel plans to file the appropriate form or motion to correct the docket shortly.

1

/s/ *Michael B. Eisenkraft*
Michael B. Eisenkraft
Laura H. Posner
**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com
lposner@cohenmilstein.com

Steven J. Toll (*pro hac vice*)
Brendan Schneiderman (*pro hac vice*
forthcoming)
1100 New York Ave. N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 408-3640
Fax: (202) 408-4699
stoll@cohenmilstein.com
bschneiderman@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel. (312) 357-0370
cgilden@cohenmilstein.com

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
ek@zlk.com
nporritt@zlk.com
aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Alexander A. Krot III
1101 30th Street NW, Suite 115

Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (212) 363-7171
akrot@zlk.com
(*admitted pro hac vice* forthcoming)

*Counsel for Lead Plaintiffs and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel. (212) 697-6484
peretz@bgandg.com

*Additional Counsel for Apollo Asset Limited*