**VIA ECF**                                                                August 25, 2022

The Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Set Capital LLC, et al.,* v. *Credit Suisse Group AG, et al.,*
              *No. 18-CV-02268 (AT) (SN)*

Dear Magistrate Judge Netburn:

      We represent the Defendants and Lead Plaintiffs, respectively, in the above-captioned litigation and write in response to Your Honor's Order dated July 5, 2022.

      <u>First</u>, fact discovery is on track to be completed by December 16, 2022.  Class certification is also proceeding on track.  At this time, the parties do not believe changes to the Case Management Order are necessary and the parties do not have any ripe disputes to present to the Court.

      <u>Second</u>, the parties believe that a settlement conference is premature at this time.  The parties will notify the Court if a settlement conference would be productive.

      We appreciate the Court's attention to this matter and are available to answer any further questions the Court may have.

                           Respectfully submitted,


*/s/ Sheila C. Ramesh*                        */s/ Laura H. Posner*
Sheila C. Ramesh                              Laura H. Posner

*Counsel for Defendants Credit Suisse Group,*    *Counsel for Lead Plaintiffs Set Capital LLC,*
*AG, Credit Suisse AG, Credit Suisse*            *Stefan Jager, Nikolay Drozhzhinov,*
*International, Tidjane Thiam, and David R.*      *Aleksander Gamburg, and Apollo Asset*
*Mathers*                                        *Limited*