USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    10/07/2022

**IN THE UNITED STATES DISTRICT C...**
**FOR THE SOUTHERN DISTRICT OF NE...**

SET CAPITAL, et al., Individually and on )
Behalf of All Others Similarly Situated, )
)
                Plaintiff, )
)
    v. )       No. 1:18-cv-02268 (AT) (SN)
)
Credit Suisse Group AG, Credit Suisse AG, )
Credit Suisse International, Tidjane Thiam, )
David R. Mathers, Janus Henderson Group PLC, )
Janus Index & Calculation Services LLC, and )
Janus Distributors LLC d/b/a Janus Henderson )
Distributors, )
)
             Defendants. )

**ADDENDUM TO STIPULATED PROTECTIVE ORDER IN**
**SET CAPITAL, ET AL. V. CREDIT SUISSE GROUP AG, ET AL.**

With regard to the production of materials from non-party Cboe Exchange, Inc. ("Cboe"),

pursuant to this addendum, all terms of the Stipulated Protective Order entered on June 21, 2021

(Dkt. 157) are agreed to and remain in effect with the exception of the following:

**Paragraph 7.2.**   For the purposes of Cboe-produced material, paragraph 7.2 of the

Stipulated Protective Order is deleted in its entirety and replaced with the following: "7.2 Protected

Material must be stored and maintained by a Receiving Party in a secure and safe area.   A

Receiving Party shall exercise a standard of due and proper care with respect to the storage,

custody, use, and/or dissemination sufficient under all applicable laws, including by establishing,

maintaining, and enforcing written policies and procedures consistent with NIST Security and

Privacy Controls for Federal Information Systems and Organizations (Special Publication 800-53

Rev. 4) ("NIST 800-53") or substantially similar security standards promulgated by another widely

recognized organization, to safeguard against unauthorized or inadvertent disclosure of such

material to persons or entities not authorized under this Order.  In addition, a Receiving Party shall produce to Cboe a current SOC 2 Type 2 report demonstrating reasonable design and operating effectiveness of recipient's information security-related controls."

**Paragraph 7.3.**  For the purposes of Cboe-produced material, paragraph 7.3(b) of the Stipulated Protective Order is deleted in its entirety and replaced with the following: "(b) in addition to Plaintiffs, In House Counsel, and to the extent that such disclosure is reasonably necessary for the Action, current officers, directors, or employees of each Receiving Party, so long as any of the parties who receive such Confidential Material agree to and comply with the same provisions in this Stipulated Protective Order and Addendum."

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: October 7, 2022
        New York, New York

Chicago, IL 60654-3456
(312) 222-9350
gboyle@jenner.com
jquek@jenner.com

*Counsel for Cboe Exchange, Inc.*

/s/ Laura H. Posner
Laura H. Posner

*Counsel for Lead Plaintiffs*

/s/ Sheila C. Ramesh
Sheila C. Ramesh

*Counsel for Defendants*