UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE GROUP AG, et al., <br><br> Defendants. | 1:18-cv-02268 (AT) (SN) |

**NOTICE OF MOTION BY DEFENDANTS TO EXCLUDE THE PROPOSED EXPERT OPINIONS OF JOSHUA MITTS**

**PLEASE TAKE NOTICE** that Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers ("Defendants"), upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Proposed Expert Opinions of Joshua Mitts, and the Declaration of Herbert S. Washer, including all exhibits thereto, will move, by and through undersigned counsel, before the Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, on such date that the Court will determine, for an order pursuant to Rule 702 of the Federal Rules of Civil Procedure excluding the opinions offered by Professor Joshua Mitts, Ph.D., and for such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that movants request oral argument of this motion.[1]

---

[1] At the Court's request, Defendants' expert is available to provide testimony in support of Defendants' motion to exclude Plaintiffs' proposed expert opinions.

Dated: October 14, 2022  
       New York, New York

**CAHILL GORDON & REINDEL LLP**

By: /s/ Herbert S. Washer
Herbert S. Washer
David G. Januszewski
Sheila C. Ramesh
Adam S. Mintz
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
djanuszewski@cahill.com
sramesh@cahill.com
amintz@cahill.com

*Attorneys for the Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers*