UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>      Defendants. | Case No.: 1:18-cv-02268-AT-SN<br><br>**ORDER AMENDING SCHEDULING ORDER REGARDING FACT DISCOVERY DEADLINE** |

Upon consideration of the parties Joint Status Letter, the Scheduling Order shall be amended as follows:

  a. The fact discovery deadline shall be extended from December 16, 2022 to January 31, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: October 31, 2022
     New York, New York