UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                Plaintiffs,                                    18-CV-02268 (AT)(SN)

       -against-                                        **ORDER**

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Plaintiffs' objection to Defendants' privilege assertions over portions of two emails, detailed in the parties' letters at ECF Nos. 236 and 241, are overruled. The Court has conducted an *in camera* review of the challenged communications and determined that the redacted information is properly withheld on attorney client privilege grounds.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     February 24, 2023
               New York, New York