# Exhibit 90

**From:**    Montefiore, Rob (VEMB 251) [/O=CREDIT-SUISSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ROB.MONTEFIORE]
**Sent:**    12/15/2017 7:23:20 PM
**To:**    Sowler, Robert P. (VEMB 2) [robert.sowler@credit-suisse.com]
**CC:**    Arslan, Melih (VEMB 221) [melih.arslan@credit-suisse.com]
**Subject:**    xiv/tvix size

$mm AUM:

|      | Gross | Net    | Hedged |       |
|------|-------|--------|--------|-------|
| XIV  |       | (1,389) | (502) | (477) |
| TVIX |       | (220)   | (87)  | (54)  |

Of the XIV and TVIX shares we have in inventory, we are lending 90% of them.

# shares:

|      | Spot   | Gross#       | Inventory# | Swaps#    |
|------|--------|--------------|------------|-----------|
| XIV  | 134.16 | (10,343,000) | 6,613,000  | 200,000   |
| TVIX | 5.5975 | (39,208,549) | 24,106,000 | 6,000,000 |

Rob Montefiore
**CREDIT SUISSE SECURITIES (USA) LLC**
CS Sec USA LLC | Trading - Structured, VBTK 41
Eleven Madison Avenue | 10010-3629 New York | United States
Phone +1 212 325 5928
rob.montefiore@credit-suisse.com | www.credit-suisse.com



EXHIBIT
090

CONFIDENTIAL

XIV-Lit-001054748