# Exhibit 133

| | |
|---|---|
| **From:** | Ward, Anthony (CXFC) [/O=CREDIT-SUISSE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ANTHONY.WARD] |
| **Sent:** | 2/6/2018 2:50:58 AM |
| **To:** | Aurmont, Tair (CXFC 51) [tair.aurmont@credit-suisse.com]; Rippetoe, Grant L. (CXF) [grant.rippetoe@credit-suisse.com]; Penton, Philip (CLME) [philip.penton@credit-suisse.com]; Cross, Simon (CLME 23) [simon.cross@credit-suisse.com]; Rodger, Elena (CXFC 5) [elena.rodger@credit-suisse.com] |
| **CC:** | Benchekroun, Hamza (CLME 1) [hamza.belabbes@credit-suisse.com] |
| **Subject:** | RE: ITS Flow Update - Feb 5 selloff |

Oh yes, the post mortem on this one will be big. Will be worth looking at tomorrow if we can.

Thanks

---

**From:** Aurmont, Tair (CXFC 51) <tair.aurmont@credit-suisse.com>
**Date:** Monday, Feb 05, 2018, 21:49
**To:** Ward, Anthony (CXFC) <anthony.ward@credit-suisse.com>, Rippetoe, Grant L. (CXF) <grant.rippetoe@credit-suisse.com>, Penton, Philip (CLME) <philip.penton@credit-suisse.com>, Cross, Simon (CLME 23) <simon.cross@credit-suisse.com>, Rodger, Elena (CXFC 5) <elena.rodger@credit-suisse.com>
**Cc:** Benchekroun, Hamza (CLME 1) <hamza.belabbes@credit-suisse.com>
**Subject:** RE: ITS Flow Update - Feb 5 selloff

I'll ask for minute-by-minute details tmrw.
I've taken BBerg trade order snapshots and will take a look at MO data.
There will be a lot of post-mortems to follow.

---

**From:** Ward, Anthony (CXFC)
**Sent:** Monday, February 05, 2018 9:44 PM
**To:** Aurmont, Tair (CXFC 51); Rippetoe, Grant L. (CXF); Penton, Philip (CLME); Cross, Simon (CLME 23); Rodger, Elena (CXFC 5)
**Cc:** Benchekroun, Hamza (CLME 1)
**Subject:** RE: ITS Flow Update - Feb 5 selloff

How did they cover their vega? Were they buying VIX futures or something else? Did we drive the price of the VIX futures higher while trying to hedge?

---

**From:** Aurmont, Tair (CXFC 51) <tair.aurmont@credit-suisse.com>
**Date:** Monday, Feb 05, 2018, 20:16
**To:** Rippetoe, Grant L. (CXF) <grant.rippetoe@credit-suisse.com>, Penton, Philip (CLME) <philip.penton@credit-suisse.com>, Cross, Simon (CLME 23) <simon.cross@credit-suisse.com>, Ward, Anthony (CXFC) <anthony.ward@credit-suisse.com>, Rodger, Elena (CXFC 5) <elena.rodger@credit-suisse.com>
**Cc:** Benchekroun, Hamza (CLME 1) <hamza.belabbes@credit-suisse.com>
**Subject:** RE: ITS Flow Update - Feb 5 selloff

Hi Grant:

Please see risk slides from previous night, COB Feb 2nd.
I'll send Feb 5th risks later today / tmrw morning.

**EXHIBIT 133**

CONFIDENTIAL	XIV-Lit-000474001

**Overall:**
- **Positives:**
  - RT Vega has been benign through -5%, getting slightly shorter @ -10%.
  - However, right-way long RT Volga helps quite a bit with Vol position getting longer on downside.
  - Long dispersion: long SS Gamma & Vega, which has been carrying well.
- **Negatives:**
  - Short downside gamma, however it's offset with Vega.
  - Regional basis between Latam/SPX and SX5E/SPX, however size is not excessive at $2-3m vega per leg..
  - Term structure basis, particularly between SPX/SX5E, has been hurting with carry, but again the size is not excessive.

------------------------------------

1) **P&L Profile by Desk / Underlier** *($M)*:
- Risk:  mainly short SPX/long NKY basis, however gamma is mitigated with RT vega, and US desks likely covered short today.
- Benign dispersion with long SS vs Idx.

|  |  | -20% | -10% | -5% | -2% | 2% | 5% |
|---|---|---|---|---|---|---|---|
|  | TOTAL | 76 | -5 | -4 | -2 | 1 | 3 |
| Desk Region | AMER | -7 | -13 | -3 | -0 | -0 | 2 |
|  | EMEA | 35 | 2 | -2 | -2 | 2 | 0 |
|  | SWIS | 47 | 6 | 1 | 0 | -0 | 1 |
| SS / Idx | SS Underlying | 152 | 39 | 10 | 2 | 2 | 11 |
|  | Idx Underlying | -76 | -44 | -14 | -4 | -1 | -9 |
| Underlying | Americas | -36 | -26 | -8 | -2 | 1 | 4 |
| Region | North America | -28 | -21 | -6 | -2 | 1 | 5 |
|  | LatAm | -8 | -5 | -2 | -0 | -0 | -1 |
|  | EMEA | 11 | 2 | -3 | -2 | 1 | -2 |
|  | Europe | 5 | -0 | -4 | -2 | 1 | -2 |
|  | North-Western | 13 | 1 | -3 | -2 | 1 | -3 |
|  | SX5E | -43 | -14 | -6 | -2 | 1 | -2 |
|  | UK | 20 | 6 | 1 | -0 | 0 | 0 |
|  | Germany | 19 | 6 | 1 | 0 | -0 | -1 |
|  | Switzerland | 11 | 2 | 0 | 0 | -0 | -1 |
|  | Asia | 62 | 3 | 0 | 0 | -0 | 0 |
|  | Japan | 62 | 4 | 1 | 0 | 0 | 1 |
|  | Other | 39 | 16 | 6 | 2 | -1 | -0 |

2) **Gamma by Spot** *($M)*:
- Similar to above.

|  | -10% | -6% | -3% | -2% | -1% | - | 1% | 2% | 3% | 6% |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 175 | 14 | 34 | 9 | -15 | -23 | -30 | -6 | 12 | 32 |
| AMER | 103 | -26 | -24 | -35 | -37 | -16 | 3 | 43 | 50 | 10 |
| EMEA | 29 | 16 | 53 | 42 | 19 | -13 | -42 | -61 | -52 | 13 |
| SS Underlying | 69 | 73 | 82 | 81 | 82 | 88 | 84 | 93 | 92 | 101 |
| Idx Underlying | 105 | -60 | -48 | -72 | -97 | -111 | -114 | -99 | -80 | -69 |

3) **RT Vega by Spot** *($M)*:
- Similarly, long RT Vega SS dispersion.

|  | -10% | -5% | -2% | - | 2% | 5% |
|---|---|---|---|---|---|---|

|  | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL | -1.6 | 3.5 | 1.7 | 2.0 | 6.3 | 14.3 |
| AMER | 3.1 | 5.8 | 3.3 | 2.4 | 7.0 | 10.4 |
| EMEA | -6.6 | -3.1 | -1.6 | -0.7 | -0.7 | 2.5 |
| SS Underlying | 6.1 | 6.1 | 5.8 | 6.8 | 12.7 | 14.5 |
| Idx Underlying | -7.7 | -2.6 | -4.1 | -4.8 | -6.4 | -0.2 |

4) **RT Volga By Spot** *($K)*:
* Long RT Volga mainly from VIX Options. Spot scenarios understates the effect, while Vol move alone was significant.

|  | -20% | -15% | -10% | -5% | -2% | - | 2% | 5% |
|---|---|---|---|---|---|---|---|---|
| TOTAL | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 |
| Americas | 167 | 1,320 | 440 | -255 | 1,481 | 2,430 | 1,813 | 1,085 |
| Idx | 73 | 1,191 | 230 | -618 | 1,092 | 2,061 | 1,441 | 755 |
| SS | 94 | 129 | 210 | 362 | 389 | 369 | 371 | 330 |
| Europe | -185 | 852 | 246 | 97 | 363 | 444 | 89 | -1,363 |
| Idx | -361 | 677 | 47 | -123 | 148 | 237 | -109 | -1,568 |
| SS | 176 | 175 | 199 | 220 | 214 | 206 | 198 | 205 |

4) **Parallel Vega by Spot by Desk Region and Underlier** *($M)*:

|  |  | -20% | -10% | -5% | -2% | - | 2% | 5% |
|---|---|---|---|---|---|---|---|---|
| | TOTAL | -8.7 | -5.3 | -1.3 | 0.3 | 1.7 | 4.0 | 6.7 |
| Desk Region | AMER | 0.5 | 2.8 | 4.0 | 3.7 | 3.8 | 4.5 | 4.9 |
| | EMEA | -9.2 | -8.6 | -5.5 | -3.3 | -2.0 | -0.5 | 1.9 |
| | SWIS | -0.0 | 0.4 | 0.1 | -0.0 | -0.1 | 0.0 | -0.2 |
| Underlying Region | Americas | -3.7 | -1.4 | 0.3 | 0.4 | 0.9 | 1.9 | 2.8 |
| | North America | -5.7 | -3.7 | -2.3 | -2.2 | -1.9 | -0.9 | -0.3 |
| | LatAm | 2.0 | 2.4 | 2.5 | 2.6 | 2.7 | 2.9 | 3.1 |
| | EMEA | -6.1 | -4.8 | -2.4 | -0.8 | 0.2 | 1.5 | 3.5 |
| | Europe | -6.4 | -5.1 | -2.7 | -1.1 | -0.1 | 1.2 | 3.2 |
| | North-Western | -6.1 | -5.0 | -2.8 | -1.4 | -0.6 | 0.6 | 2.4 |
| | SX5E | -4.3 | -3.3 | -1.4 | -0.1 | 0.8 | 2.0 | 4.0 |
| | UK | 0.6 | -0.4 | -0.4 | -0.3 | -0.3 | -0.4 | -0.2 |
| | Germany | -1.0 | -0.6 | -0.4 | -0.4 | -0.4 | -0.4 | -0.6 |
| | France | -0.3 | -0.2 | -0.2 | -0.3 | -0.3 | -0.3 | -0.3 |
| | Switzerland | -1.3 | -1.0 | -1.0 | -1.0 | -1.1 | -1.0 | -1.2 |
| | Asia | 1.1 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 |
| | Japan | 0.9 | 0.5 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 |

5) **Parallel Vega by Tenor/Region** *($K)*:

|  |  | TOTAL | 1m | 2m | 3m | 6m | 12m | 18m | 2y | 3y | 5y | 7y | 10y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTAL | 1,497 | -278 | -368 | -818 | 3,195 | 243 | -1,110 | 3,406 | 124 | -1,300 | -1,037 | -559 |
| Desk Region | AMER | 3,565 | -101 | -41 | -1,609 | 2,490 | 2,585 | -1,382 | 371 | -34 | 625 | 352 | 310 |
| | EMEA | -1,957 | -279 | -433 | 595 | 1,464 | -1,723 | 278 | 1,874 | -16 | -1,458 | -1,389 | -869 |
| | SWIS | -112 | 102 | 106 | 196 | -759 | -619 | -6 | 1,160 | 174 | -467 | - | - |
| SS / Idx | SS Underlying | -1,861 | -873 | -885 | -1,580 | 995 | -1,221 | 515 | 4,366 | 341 | -1,382 | -1,261 | -877 |
| | Idx Underlying | 3,357 | 594 | 517 | 761 | 2,200 | 1,464 | -1,626 | -960 | -217 | 82 | 223 | 318 |
| Underlying Region | Americas | 652 | 58 | 49 | -2,023 | 1,624 | 1,476 | -1,295 | 4 | -382 | 479 | 352 | 310 |
| | North America | -2,038 | 15 | 38 | -1,682 | 945 | 286 | -1,198 | -264 | -389 | 228 | -9 | -8 |
| | LatAm | 2,691 | 44 | 11 | -340 | 679 | 1,191 | -98 | 268 | 7 | 250 | 360 | 318 |
| | EMEA | 202 | -409 | -446 | 1,069 | 1,384 | -1,125 | 103 | 3,158 | 506 | -1,779 | -1,389 | -869 |

CONFIDENTIAL

XIV-Lit-000474003

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Europe | -105 | -427 | -484 | 984 | 1,288 | -1,146 | 99 | 3,160 | 457 | -1,779 | -1,389 | -869 |
| Asia | 720 | -11 | 34 | 77 | 141 | 154 | 82 | 244 | - | - | - | - |
| Japan | 720 | -11 | 34 | 77 | 141 | 154 | 82 | 244 | - | - | - | - |

**From:** Aurmont, Tair (CXFC 51)
**Sent:** Monday, February 05, 2018 5:24 PM
**To:** Rippetoe, Grant L. (CXF); Penton, Philip (CLME); Cross, Simon (CLME 23); Ward, Anthony (CXFC); Rodger, Elena (CXFC 5)
**Cc:** Benchekroun, Hamza (CLME 1)
**Subject:** RE: ITS Flow Update - Feb 5 selloff

Very roughly:
— Judging from the short sqeaze between 16:00-16:15, we probably got exposed half-way through, i.e. left with **-10m vega** naked vega that desk has been covering.
— Currently, I have no info on what levels desk has been covering at, but P&L could be ugly.


**From:** Aurmont, Tair (CXFC 51)
**Sent:** Monday, February 05, 2018 4:58 PM
**To:** Rippetoe, Grant L. (CXF); Penton, Philip (CLME); Cross, Simon (CLME 23); Ward, Anthony (CXFC); Rodger, Elena (CXFC 5)
**Cc:** Benchekroun, Hamza (CLME 1)
**Subject:** RE: ITS Flow Update - Feb 5 selloff

Still trying to get more details. Probably will take some time.
Traders can't talk right now due to that.


**From:** Rippetoe, Grant L. (CXF)
**Sent:** Monday, February 05, 2018 4:52 PM
**To:** Aurmont, Tair (CXFC 51); Penton, Philip (CLME); Cross, Simon (CLME 23); Ward, Anthony (CXFC); Rodger, Elena (CXFC 5)
**Cc:** Benchekroun, Hamza (CLME 1)
**Subject:** RE: ITS Flow Update - Feb 5 selloff

Is this p/l still flat? I know they are working out of some short vega as the VIX spiked.


Sent with BlackBerry Work
(www.blackberry.com)

**From:** Aurmont, Tair (CXFC 51) <tair.aurmont@credit-suisse.com>
**Date:** Monday, Feb 05, 2018, 9:00 PM
**To:** Rippetoe, Grant L. (CXF) <grant.rippetoe@credit-suisse.com>, Penton, Philip (CLME) <philip.penton@credit-suisse.com>, Cross, Simon (CLME 23) <simon.cross@credit-suisse.com>, Ward, Anthony (CXFC) <anthony.ward@credit-suisse.com>, Rodger, Elena (CXFC 5) <elena.rodger@credit-suisse.com>
**Cc:** Benchekroun, Hamza (CLME 1) <hamza.belabbes@credit-suisse.com>
**Subject:** ITS Flow Update - Feb 5 selloff

Quite a historic move, especially for VIX spot hitting >100% spike intra-day.

**P&L: expect a mild gain from MTM alone:**
- P&L being helped with long RT Vega as well as Skew.

CONFIDENTIAL                                                                                                                                 XIV-Lit-000474004

- But vol marks are still too noisy, and hard to tell where they will settle for EOD.

Risks:
- **Gamma** flattish @ -20m
  - Flips to small positive for Spot -3-5%.



- **RT Vega @ +2.0m**
  - Remains positive through Spot -5%.

- **Spot -5% Vol +2% Scenario -0.7m:**
  - -4.3m: Short spot across US/EU Flow
  - +3.6m: offset with long RT Vol mainly from US buying back +2.3m RT Vega

**MODERATE SPOT-VOL** *(Root-time)*

| -5% | | | -2% | | |
|---|---|---|---|---|---|
| Spot | 3m Vol | TOTAL | Spot | 3m Vol | TOTAL |
| -5% | 2% | | -2% | 0.8% | |
| -4.3 | 3.6 | -0.7 | -2.1 | 1.4 | -0.7 |

Market Move:
- 3mth Vol +2.3pts
- 3mth Skew +0.9pts



SPX - 3M Skew - Spot -3.5%   (5 Feb vs 2 Feb)

---

**From:** Aurmont, Tair (CXFC 51)
**Sent:** Friday, February 02, 2018 7:25 PM
**To:** Rippetoe, Grant L. (CXF); Penton, Philip (CLME); Cross, Simon (CLME 23); Rodger, Elena (CXFC 5)
**Cc:** Benchekroun, Hamza (CLME 1)
**Subject:** ITS Flow Update - Feb 2 selloff

Hi,

## Overall:
- Ok performance with Vols & Skew helping short Gamma.
- Muted client activity with smaller than anticipated CRev, but also indicative of no panic.

## P&L:
- **TOTAL:** flattish including delta/gamma hedging + Client trading
- **MTM-Only**: ~-1-2m
  - AMER ~flattish: ~-1m Gamma was offset with ~+1-2m Vol and Skew gains as Index/SS were long time-weighted skew.
  - EMEA ~-1-2m: mainly on short SX5E gamma with flattish vol P&L.

## Risks:
- Moderate Scenario predict -3m ( Spot -2% , 3mVol +0.4% )
  - -4m from Spot: mainly from EU running ~100m SX5E Delta
  - +1m from Vols





## Market Move:
- Controlled selloff with some protection buying, but no panic.
- Vols rose mostly along the skew:
  - SPX  3mth Vol: +1.4% skew delta, +0.5% fixed strike
  - SX5E 3mth Vol: +0.6% skew delta, +0.1% fixed strike
- SPX Skew also steepened from some protection demand, although client flow wasn't big.

CONFIDENTIAL



Tair Aurmont
**CREDIT SUISSE**
CREDIT SUISSE | MRM Equities Derivatives, Americas, CMQK 511
One Madison Avenue | 10010 New York | Americas
Phone +1 212 538 3085
tair.aurmont@credit-suisse.com | www.credit-suisse.com

CONFIDENTIAL                                                                                    XIV-Lit-000474007