UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                Plaintiffs,                                            **18-CV-02268 (AT)(SN)**

        -against-                                                  **ORDER**

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Upon review of the parties' letters at ECF Nos. 236, 241, 249, and 250, the Court finds good cause to permit the Rule 30(b)(6) deposition of Credit Suisse, and that the disputed topics fall within the broad relevance standard in Fed. R. Civ. P. 26(b)(1). Accordingly, the deposition may cover Topic 1 and the entirety of Topic 2 as defined in Plaintiff's letter at ECF No. 249.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      March 1, 2023
                New York, New York