UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2023
```

18 Civ. 2268 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 30, 2023, Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers filed a motion for reconsideration of the Court's order dated March 16, 2023, ECF No. 260. *See* ECF Nos. 264–65. Accordingly, by **April 21, 2023**, Plaintiffs shall file their opposition. By **May 5, 2023**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: March 31, 2023
       New York, New York

ANALISA TORRES
United States District Judge