```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

      **Plaintiffs,**      18-CV-02268 (AT)(SN)

  -against-            **ORDER**

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

      **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

  A conference is scheduled for Tuesday, April 25, 2023, at noon. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The purpose of the conference is to discuss the parties' letters at ECF Nos. 271 and 274.

**SO ORDERED.**

                   _____
                   SARAH NETBURN
                   United States Magistrate Judge

DATED:  April 24, 2023
      New York, New York