UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                                        Plaintiffs,

             -against-

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                                       Defendants.
-----------------------------------------------------------------X

18-CV-02268 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      As stated during today's conference, Plaintiffs' motion to compel is GRANTED in part. Defendants are directed to produce the non-disparagement clause of Defendant Tidjane Thiam's separation agreement with Credit Suisse, redacted as necessary, and in compliance with relevant Swiss law, if any.

      The Clerk of Court is respectfully requested to terminate the gavels at ECF Nos. 271 and 272.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    April 25, 2023
                New York, New York