UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>　　　　　　　　Defendants. | Case No.: 1:18-cv-02268-AT-SN<br><br>**APPEARANCE OF COUNSEL** |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

Please take notice that Adam D. Hollander, a duly admitted member in good standing of the bar of the state of New York and a partner at the law firm of Slarskey LLC, hereby enters an appearance on behalf of the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 and on behalf of the putative Manipulation Class in the above-captioned matter.

Dated: May 15, 2023　　　　　　　　　　　　Respectfully submitted,

**SLARSKEY LLC**

/s/ *Adam D. Hollander*
Adam D. Hollander (N.Y. Bar No. 4498143)
767 Third Avenue, 14th Floor
New York, New York 10017
Tel: (646) 893-0482
Email: ahollander@slarskey.com