**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>               Defendants. | Case No.: 1:18-cv-02268-AT-SN<br><br>**NOTICE OF MOTION AND JOINT MOTION OF LEAD PLAINTIFFS AND SUDHEERA TRIPURANENI TRUST U/A DTD 11/16/2015 FOR CLASS CERTIFICATION OF THE MISREPRESENTATION AND MANIPULATION CLASSES** |

**PLEASE TAKE NOTICE** that Lead Plaintiffs Set Capital LLC, Stefan Jager, Aleksandr Gamburg, Apollo Asset Limited ("Lead Plaintiffs") and the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 ("Trust"), hereby jointly move this Court for an Order (i) certifying this matter as a class action pursuant to Rules 23(a), (b)(3) and (g) of the Federal Rules of Civil Procedure by certifying a class of all persons and entities that purchased or acquired the VelocityShares Inverse VIX Short Term Exchange Traded Notes between January 29, 2018 and February 5, 2018, inclusive, and who were damaged thereby ("Misrepresentation Class"); (ii) certifying this matter as a class action pursuant to Rules 23(a), (b)(3) and (g) of the Federal Rules of Civil Procedure by certifying a class of all persons and entities that sold or redeemed the XIV Notes on or after February 5, 2018 and who were damaged thereby ("Manipulation Class"); (iii) certify Lead Plaintiffs as representatives of the Misrepresentation Class; (iv) certify the Trust as the representative of the Manipulation Class; (v) appoint Cohen Milstein Sellers & Toll PLLC and

Levi & Korsinsky, LLP as Class Counsel for the Misrepresentation Class; and (vi) and appoint the Trust's choice of counsel, Slarskey, LLC as Class Counsel for the Manipulation Class.

**PLEASE TAKE FURHTER NOTICE** that in support of this motion, Lead Plaintiffs and the Trust: (i) submit the accompanying Memorandum of Law, Declaration, together with the exhibits annexed thereto, and a [Proposed] Order, filed herewith; and (ii) incorporate by reference Lead Plaintiffs' initial Motion for Class Certification, filed on July 1, 2022, in its entirety, including the motion and Memorandum of Law in Support of ("Memorandum") (Dkt. Nos. 178-79), the Declaration of Michael Eisenkraft dated July 1, 2022 and exhibits attached thereto (Dkt. No. 180), the Reply Memorandum of Law in Support of Motion for Class Certification (Dkt. No. 220), and the Declaration of Michael Eisenkraft dated December 16, 2022 and exhibits attached thereto (Dkt. No. 222).

Dated: May 15, 2023                                    Respectfully submitted,

                                                       /s/ *Michael B. Eisenkraft*
                                                       Michael B. Eisenkraft
                                                       Laura H. Posner
                                                       **COHEN MILSTEIN SELLERS**
                                                       **& TOLL PLLC**
                                                       88 Pine Street
                                                       14th Floor
                                                       New York, NY 10005
                                                       Tel.: (212) 838-7797
                                                       Fax: (212) 838-7745
                                                       meisenkraft@cohenmilstein.com
                                                       lposner@cohenmilstein.com

                                                       Steven J. Toll (*pro hac vice*)
                                                       Brendan Schneiderman (*pro hac vice*)
                                                       1100 New York Ave. N.W., Fifth Floor
                                                       Washington, D.C. 20005
                                                       Tel.: (202) 408-3640
                                                       Fax: (202) 408-4699
                                                       stoll@cohenmilstein.com

bschneiderman@cohenmilstein.com

Carol V. Gilden
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
Tel. (312) 357-0370
Fax: (312) 357-0369
cgilden@cohenmilstein.com

**LEVI & KORSINSKY, LLP**
Eduard Korsinsky
Nicholas I. Porritt
Adam M. Apton
55 Broadway, 4th Floor
Suite #427
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
ek@zlk.com
nporritt@zlk.com
aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Alexander A. Krot III (*pro hac vice*)
1101 Vermont Ave, NW
Suite 700
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
akrot@zlk.com

*Counsel for Lead Plaintiffs, Class Counsel
for the Securities Act Class, and Proposed
Class Counsel for the Misrepresentation
Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN,
LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel. (212) 697-6484
peretz@bgandg.com
*Additional Counsel for Lead Plaintiff Apollo
Asset Limited*

3

-and-

*/s/ Adam Hollander*
**SLARSKEY LLC**
Adam Hollander
767 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 658-0661
ahollander@slarskey.com

*Counsel for the Sudheera Tripuraneni Trust*
*U/A DTD 11/16/2015 and Proposed Class*
*Counsel for the Manipulation Class*