UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>                    Defendants. | Case No.: 1:18-cv-02268-AT-SN |

**DECLARATION OF MICHAEL B. EISENKRAFT IN SUPPORT OF
LEAD PLAINTIFFS' AND SUDHEERA TRIPURANENI TRUST U/A DTD 11/16/2015'S
JOINT MOTION FOR CLASS CERTIFICATION OF THE
<u>MISREPRESENTATION AND MANIPULATION CLASSES</u>**

Pursuant to 28 U.S.C. § 1746, I, Michael B. Eisenkraft, declare as follows:

1. I am a member in good standing of the New York bar and I am admitted to practice in this District. I submit this declaration in support of the joint motion filed by Lead Plaintiffs Set Capital LLC, Stefan Jager, Aleksandr Gamburg, Apollo Asset Limited ("Lead Plaintiffs") and the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 ("Trust") to: (i) certify a class of all persons and entities that purchased or acquired the VelocityShares Inverse VIX Short Term Exchange Traded Notes between January 29, 2018 and February 5, 2018, inclusive, and who were damaged thereby ("Misrepresentation Class"); (ii) certify a class of all persons and entities that sold or redeemed the XIV Notes on or after February 5, 2018 and who were damaged thereby ("Manipulation

1

Class"); (iii) certify Lead Plaintiffs as representatives of the Misrepresentation Class; (iv) certify the Trust as the representative of the Manipulation Class; (v) appoint Co-Lead Counsel Cohen Milstein Sellers & Toll PLLC and Levi & Korsinsky, LLP as Class Counsel for the Misrepresentation Class; and (vi) and appoint the Trust's choice of counsel, Slarskey, LLC as Class Counsel for the Manipulation Class.

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A: Certification of Sudheera Tripuraneni, as Trustee of the Trust;

Exhibit B: Declaration of Sudheera Tripuraneni, as Trustee of the Trust;

Exhibit C: Firm Biography of Cohen Milstein Sellers & Toll PLLC;

Exhibit D: Firm Biography of Levi Korsinsky LLP; and

Exhibit E: Firm Biography of Slarskey, LLC

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: May 15, 2023

Respectfully submitted,

/s/ *Michael B. Eisenkraft*
Michael B. Eisenkraft

**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
meisenkraft@cohenmilstein.com