# Exhibit A

## CERTIFICATION

I, Sudheera Tripuraneni, as Trustee of the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 (the "Trust"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I am the Trustee of the Sudheera Tripuraneni Trust U/A DTD 11/16/2015, and I am authorized to execute this certification on behalf of the Trust.

2. I have reviewed the Class Action Complaint (ECF No. 190) and the redacted version of the proposed Third Amended Complaint (ECF No. 286-1) alleging violations of the federal securities laws. The Trust has retained Slarskey LLC and authorized the filing of a motion for appointment as class representative on behalf of the Manipulation Class in this action.

3. The Trust did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this action, or any other private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

4. The Trust is willing to serve as a representative party on behalf of the Manipulation Class (as defined in the proposed Third Amended Complaint and in Lead Plaintiffs' and the Trust's Memorandum of Law in Support of Their Motion for Class Certification of the Misrepresentation and Manipulation Classes), including providing testimony at deposition and trial, if necessary.

5. The Trust purchased and/or sold the securities that are the subject of the Class Action Complaint and proposed Third Amended Complaint as set forth on the attached Schedule A.

6. Neither I nor the Trust have sought to serve, or served, as a representative party on behalf of a class in any private action arising under the Securities Act or the Exchange Act filed during the three-year period preceding the date of my signing this Certification.

7. Neither I nor the Trust will accept any payment for serving as a class representative on behalf of the Manipulation Class beyond the Trust's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the Manipulation Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 14th day of May, 2023.

_T. Sudheera_
Signature

SUDHEERA TRIPURANENI

Print Name

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 11/13/2017 | PURCHASE | 8,000 | 108.66 |
| 11/17/2017 | SALE | (1,300) | 110.07 |
| 2/6/2018 | SALE | (6,700) | 7.19 |