# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-cv-02268-AT-SN |

## DECLARATION OF SUDHEERA TRIPURANENI AS TRUSTEE OF THE SUDHEERA TRIPURANENI TRUST U/A DTD 11/16/2015 IN SUPPORT OF LEAD PLAINTIFFS' AND THE TRUST'S JOINT MOTION FOR CLASS CERTIFICATION OF THE MISREPRESENTATION AND MANIPULATION CLASSES

Sudheera Tripuraneni, as Trustee of the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 (the "Trust"), provides this Declaration in Support of Lead Plaintiffs' and the Trust's Joint Motion for Class Certification of the Misrepresentation and Manipulation Classes (the "Motion") ..

The following facts are true and correct to my knowledge, and if called upon to testify, I could and would testify competently thereto:

1.      As set forth in my certification submitted herewith, the Trust purchased shares of VelocityShares Inverse VIX Short Term ETNs before January 29, 2018.  The Trust suffered losses as a result of those purchases.

2.      I have taken and will continue to take an active role in monitoring the litigation for the best interests of the Manipulation Class.  This includes continuing to vigorously pursue the claims against Defendants to obtain the maximum possible recovery for the Manipulation Class.

3.      I understand that, on behalf of the Trust, I could have chosen to pursue an individual action or to take no action and remain an absent member of the Manipulation Class.

However, in order to gain the advantages of proceeding as part of a class action, and to provide the Manipulation Class with broad representation, I decided that it would be a benefit to the Trust and to the Manipulation Class if I moved for class certification and to be appointed as Class Representative.

4.    I understand that I owe a duty to all members of the Manipulation Class to provide fair and adequate representation.  I intend to work with my and the Trust's chosen counsel to protect the interests of all members of the Manipulation Class, and to vigorously prosecute the claims brought forth in this action on behalf of the Manipulation Class.

5.    I am committed to this action and have been actively overseeing the effective and efficient prosecution of this action by, among other things, reviewing pleadings and other court filings, participating in litigation decisions, and monitoring counsel.  I take the obligations owed by class representatives seriously, and I will continue to actively monitor counsel and the litigation, prosecute the action in the best interests of the Manipulation Class, and otherwise fulfill the duties I will assume if appointed as Class Representative.

6.    I have not had and do not foresee any problems staying abreast of the progress of this litigation or communicating with representatives of the Securities Act Class and the Manipulation Class.  Indeed, prior to moving for class certification, I had a conference call with my chosen counsel, Slarskey LLC, as well as the Class Representatives of the Securities Act Class and the Manipulation Class, along with their counsel, Cohen Milstein Sellers & Toll PLLC and Levi & Korsinsky, LLP, to discuss, among other things, the case litigation to date, class certification, our respective interests in serving as Class Representatives of our respective Classes, and the benefits the group of Class Representatives may provide to the Classes, including continuing to prosecute this matter for the benefit of the Classes.  In order to achieve this result, I will continue consulting by telephone, email, and in person, as appropriate, with the Trust's counsel and with counsel for and representatives of the other Classes, as appropriate, regarding the prosecution of this lawsuit.  I also understand that some of these communications may need to be conducted without counsel.  To that end, I have exchanged contact information with the Class Representatives of the other Classes, and accordingly, will be able to call meetings with and without counsel as needed.  I remain confident in my and the Trust's ability to reach consensus with the Class Representatives of the other Classes regarding litigation matters and will use such consensus decision making to maximize the recovery for the Manipulation Class.

7.    I am satisfied that my and the Trust's chosen counsel is experienced in prosecuting the Manipulation Class's claims under my supervision. I have instructed counsel to conduct the litigation in an efficient manner and to avoid the duplication of efforts wherever possible, and believe that counsel has done so to date and will continue to do so.  I have also instructed counsel to provide me with regular updates on the progress of the litigation, which they have done.  I and the Trust support the accompanying motion to have Slarskey LLC certified as class counsel to the Manipulation Class.

I, Sudheera Tripuraneni, as Trustee of the Sudheera Tripuraneni Trust U/A DTD 11/16/2015, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

T. Sudheera

Executed this 14th day of May, 2023 at Lisle, Illinois