# EXHIBIT E



# SLARSKEY LLC

## FIRM RESUME

NEW YORK
767 Third Avenue, 14th Floor
New York, New York 10017
(212) 658-0661

# CONTENTS

About the Firm   2-6

Practice Areas   7-8

Commercial Litigation
Alternative Dispute Resolution
Plaintiff and Consumer Rights Litigation
Litigation Assets and Commercial Rights Auditing

Attorneys   9-16

David Slarskey            Ricky Weingarten
Renee Bea                 Kimberly Grinberg
Evan Fried                Keith Dore
Adam Hollander            Allyesha Hall

# ABOUT THE FIRM

Slarskey LLC is a New York-based litigation boutique. We love what we do: bring a sophisticated, practical, and relentless approach to dispute resolution.

Our philosophy emphasizes a firm, fair, and focused approach to litigation, with the goal of sharpening the facts and the law, and developing credibility in the eyes of our adversaries and the courts. Experience tells us that this is the best way to achieve our clients' objectives. We prepare every case expecting it to go to trial, but ready to find a fair and reasonable outcome.

At the center of our profession is the concept of the "attorney-client privilege." We take that privilege seriously: it is a privilege for us to advocate for great clients. We seek to instill in our clients the feeling that it is a privilege to have us as their advocates. And there is—between us and our clients—a trust and confidence that is at the heart of our success. That is why we look for clients who we can authentically represent: who we want to represent, based on mutual appreciation.

2

# ABOUT THE FIRM

Slarskey has successfully represented clients in numerous class actions and other litigation matters at trial and on appeal, in federal and state courts and alternative dispute resolution fora. The Firm's successes, including work performed by the Firm's attorneys before joining the Firm, include:

Woburn Ret. Sys. v. Salix Pharms., Ltd., Case No. 1:14-cv-08925-KMW (S.D.N.Y.)
Secured $210 million recovery on behalf of class of investors raising securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934 based on alleged false and misleading statements about drug manufacturer's wholesale inventory levels.

Lehigh Cnty. Emps.' Ret. Sys. v. Novo Nordisk A/S, Case No. 3:17-cv-00209-ZNQ (D.N.J.)
Secured $100 million recovery, after summary judgment was fully briefed, on behalf of class of investors raising securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934 based on alleged false and misleading statements about diabetes-drug maker's products and revenues.

San Antonio Fire & Police Pension Fund v. Dole Food Co., Inc., Case No. 1:15-cv-1140-SLR (D. Del.)
Secured $74 million recovery on behalf of "seller class" of investors raising securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934 based on alleged false and misleading statements to artificially drive down the company's share price and enable CEO to take company private on the cheap.

In re Volkswagen "Clean Diesel" Mktg., Sales Practices, & Prods. Liab. Litig., Case No. 3:15-md-02672-CRB (N.D. Cal.)
Secured $48.5 million recovery on behalf of class of investors raising securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934 arising out of "Dieselgate" emissions cheating scandal.

3

<u>In re SunEdison, Inc. Sec. Litig., Case No. 1:16-md-02742-PKC (S.D.N.Y.)</u>
Secured $74 million recovery on behalf of class of investors raising claims under Section 10(b) of the Securities Exchange Act of 1934 and Section 11 of the Securities Act of 1933 Securities Act and Exchange Act based on alleged false and misleading statements concerning bankrupt issuer's liquidity position, debt profile, and continued viability.

<u>Bach v. Amedisys, Case No. 3:10-cv-00395-BAJ (M.D. La.)</u>
Following successful appeal to the Fifth Circuit, secured $43.75 million recovery on behalf of class of investors raising claims under Section 10(b) of the Securities Exchange Act of 1934 based on alleged false and misleading statements about alleged fraudulent scheme to improperly inflate reimbursement payments from Medicare to home health care provider.

<u>In re Splunk Inc. Sec. Litig., Case No. 4:20-cv-08600-JST (N.D. Cal.)</u>
Secured $30 million recovery on behalf of class of investors raising securities fraud claims under Section 10(b) of the Securities Exchange Act of 1934 based on alleged false and misleading statements about software company's investments in sales and marketing.

<u>In re The Boeing Co. Aircraft Sec. Litig., Case No. 1:19-cv-2394 (N.D. Ill.)</u>
Defeated in substantial part motion to dismiss class claims under Section 10(b) of the Securities Exchange Act of 1934 arising out of 737 MAX scandal.

<u>Camelot Event Driven Fund v. Morgan Stanley & Co., Case No. 654959/2021 (Sup. Ct. N.Y. Cnty.)</u>
Defeated in substantial part motion to dismiss claims under Section 11 of the Securities Act of 1933 arising from underwriters' fire sale of securities following implosion of Archegos Capital Management.

<u>Okla. Firefighters Pension & Ret. Sys. v. Six Flags Entm't Corp., Case No. 4:20-cv-00201-P (N.D. Tex.)</u>
Successful appeal to the Fifth Circuit following district court's dismissal of class claims under Section 10(b) of the Securities Exchange Act of 1934 concerning alleged false and misleading statements about company's development of theme parks in China.

<u>Grgurev v. Licul Case No 157551/2019</u>
Represented shareholder in shareholder litigation and business divorce concerning the world-famous Delmonico's steakhouse. Successfully tried the matter resulting in determination of equitable dissolution, forfeiture of 50% shares in the entity, and award of several million dollars.

<u>Rydan Realty Inc. v. 138 East 110th LLC, (1st Dep't 2023) Case No 24427/2020E</u>
Represented seller in dispute concerning failed $17 million commercial real property transaction. Successfully argued before Appellate Division, First Department, resulting in unanimous affirmance of $2.5 million decision in client's favor.

4

Pursuit Credit Special Opportunity Fund L.P. v. KrunchCash et. al. Case No 651070/2022
Represent investor in action with litigation funder arising out of funder's misappropriation of funds and operation of a Ponzi scheme.

In re Liberty Bridge Case No 20-10009
Represented specialty investor in bankruptcy action arising out of investment fraud operated by litigation funder where funder had pledged identical collateral to multiple investors. Successfully achieved substantial distribution for client.

Anonymous Arbitration
Represent New York law firm in dispute with successor law firm and client over contingency fee arising from $125 million settlement in a patent litigation.

Weeden v. Lukezic Case No 656172/2019
Represented law firm in defense of defamation and abuse of process claims, arising out law firm's representation of client in contentious dispute. Case was dismissed at motion to dismiss and affirmed on appeal before the Appellate Division, First Department.

StormHarbour Securities, LP v. IIG Trade Opportunities Fund N.V. Case No 650285/2014
Represented investment bank in dispute concerning multi-million dollar tail fee. Appellate Division, First Department affirmed summary judgment and award of full fee in favor of our client.

Buttar v. Elite Limousine Plus, Inc. Case No 651088/2019
Represent class of over 175 members in claims under the New York Franchise Sales Act, Debtor and Creditor law, and common law, in dispute with New York City's largest private black car company.

MBIA v. Countrywide: NY Supreme Court no.:602825/2008
Represented MBIA against Countrywide Home Loans and Bank of America in an action for breach of contract and fraud arising out of the sale of 15 residential mortgage backed securities.

ConnectU v. Facebook: US Court of Appeals, 9th Circuit no.: 08-16745, US District court, Northern District of California: case no.:07-1389
Represented the founders of ConnectU against Facebook and its founder Mark Zuckerberg in an action concerning the founding and ownership of Facebook. The case resulted in a settlement valued at $65 million.

Pursuit v. KrunchCash Case No 651070/2022
Represent investor against specialty finance companies in action asserting fraud, breach of fiduciary duty, and securities fraud in connection with $10 million capital investment.

FHA v. Countrywide ins co. NY Supreme Case No 652436/2011
Represented Federal Housing and Finance Agency in a securities fraud suit against Countrywide and its successor, Bank of America, in connection with the sale of RMBS.

5

<u>FHA v. JP Morgan: NY Southern District no Case No 11 CIV. 6188</u>
Represented the Federal Housing and Finance Agency as conservator for Fannie Mae and Freddie Mac in securities fraud suits against JPMorgan Chase & Co. arising out of the sale of RMBS.

<u>TNJ Holdings v. GOL: NY Supreme Case No 652304/2020</u>
Represented and secured trial victory on behalf of shareholder in five-day arbitration before a three-arbitrator panel, entailing direct and derivative claims under Delaware's "entire fairness" standard.

<u>Guziewicz v. ZL Technologies: US Court of Appeals 9th circuit no.:10-16061, Superior Court of the State of California Case No 17-cv-312791</u>
Pursued claims against ZL Technologies on behalf of one of its shareholders arising out of denial of inspection rights and stock.

<u>Hempel v. Cydan: US District Court, District of Maryland no.: PX-18-3404</u>, <u>US District Court, District of Nevada Case No 3:18-cv-00008-MMD-CBC</u>
Represent plaintiffs against major pharmaceutical companies in trade secrets misappropriation, unfair competition, and breach of confidentiality action arising out of the sale of a $200 million pharmaceutical asset developed using plaintiff's information.

# PRACTICE AREAS

## Commercial Litigation

Commercial Litigation Alternative Dispute Resolution Plaintiff and Consumer Rights Litigation Litigation Assets and Commercial Rights Auditing

## Alternative Dispute Resolution

We represent clients in mediations, arbitrations, and other private dispute-resolution forums, under domestic and international rules. We are well-versed in the interplay between private dispute resolution bodies and the courts, including the process for compelling parties to arbitrate and securing judgments based on completed arbitration proceedings.

7

# PRACTICE AREAS

## Plaintiff and Consumer Rights Litigation

We aggressively enforce the rights of plaintiffs in consumer, commercial, and class-action litigation. Our representations for plaintiffs have involved shareholder rights, consumer financial products, licenses and other contracts, and claims of false and deceptive business practices and trade secrets. Our independence and flexibility allow us to align incentives with clients, often through full or partial contingency fee arrangements.

## Litigation Assets and Commercial Rights Auditing

We counsel financial institutions, law firms, and corporate clients on the monetization of litigation assets. We have conducted diligence on, structured, and advised on third-party litigation funding agreements, judgment enforcement, IP enforcement, RMBS litigation, and bankruptcy litigation trusts.

We also help clients evaluate rights that may be asserted in existing relationships for strategic or monetary benefit. Our practice involves working with companies in relationships with distressed entities (or undergoing restructuring or bankruptcy themselves), including investigating D&O, fraudulent conveyance, and creditors' rights claims.

8



# ATTORNEYS

# PARTNERS



## David Slarskey

(646) 893-6082
dslarskey@slarskey.com

J.D., Stanford Law School
B.A., University of Pennsylvania

David Slarskey has more than fifteen years of experience in litigation, trial, arbitration, and appellate practice.

Mr. Slarskey has represented a wide range of individual and corporate clients, including entrepreneurs, large health care and pharmaceutical companies, financial guarantors and hedge funds, real estate developers, media, energy, and international interests. Prior to founding Slarskey LLC, David was counsel in the litigation department of Patterson Belknap Webb & Tyler LLP, and associated with Friedman Kaplan Seiler & Adelman LLP. Mr. Slarskey served as a clerk to Judge I. Leo Glasser on the United States District Court for the Eastern District of New York, and has been recognized by Super Lawyers as for his work in Business Litigation in the New York Metro Area.

David regularly contributes to the professional community, including as a member of the New York City Bar Association Judiciary Committee and Litigation Committee, a lecturer on ethics and legal writing, Secretary of the New York State Bar Association "Task Force on the Future of the Legal Profession," and a two-time awardee of The Legal Aid Society of New York for his pro bono efforts. He has served as a board member of PennPAC, a not-for-profit organization of University of Pennsylvania alumni, which provides volunteer consulting services to New York-based not-for-profit organizations.

# PARTNERS



## Renee Bea

(646) 893-1700
rbea@slarskey.com

J.D., Stanford Law School
B.S., University of California, Berkeley)

Renee Bea is a highly experienced trial attorney with over 18 years of practice in representing clients in commercial business, shareholder, and intellectual property litigation. She has a successful track record in federal and state courts throughout the United States. Ms. Bea has notable experience representing investors and insurers in disputes related to investment fraud, fiduciary malfeasance, and deal friction. Additionally, she has extensive experience in trade secret, copyright, and trademark litigation, representing individual entrepreneurs and some of the world's largest technology companies in asserting their intellectual property rights and defending against infringement claims.

Ms. Bea has practiced at the most respected trial law firms worldwide. She was a founding partner at Singer Bea LLP in San Francisco, California; a senior attorney at Quinn Emanuel Urquhart & Sullivan in New York and San Francisco; and an attorney at Jones Day in New York and San Francisco. She is admitted to practice in California and New York.

Ms. Bea is committed to supporting entrepreneurship among women of color, both in Guatemala and in her local communities. She has an entrepreneurial spirit and Latin American roots that inspire her to donate her time and expertise to organizations that champion this mission.

If you are in need of a skilled trial attorney for commercial business, shareholder, or intellectual property litigation, contact Ms. Bea today.

# PARTNERS



## Evan Fried

(646) 893-6083
efried@slarskey.com

J.D., New York University Law School
B.S., Cornell University

Evan Fried maintains a wide-ranging litigation practice, with a focus on complex commercial litigation, business divorce, investment disputes, professional misconduct, and real estate disputes. His experience spans litigation, arbitration, trials, and strategic litigation consulting. Mr. Fried has successfully represented parties in trial, arbitration hearings, and appeals.

Mr. Fried has represented a broad range of clients, including financial services firms, private equity and hedge funds, activist investors, high-net-worth individuals, and law firms. He is a noted expert in the field of third-party litigation funding, law firm funding, and specialty finance. He has represented financial institutions, law firms, and commercial litigants in disputes pertaining to litigation funding and attorney misconduct, including in investment fraud, malpractice and Judiciary Law claims, defamation claims, partnership disputes, and advisory/broker fee disputes. Mr. Fried regularly teaches and writes about alternative fee arrangements, third-party litigation funding, and alternative business arrangements.

Mr. Fried was previously a partner at 1624 Capital, a litigation funder focused on investments in technology litigation. He began his career in the New York office of Winston & Strawn LLP.

# PARTNERS



## Adam Hollander

(646) 893-0482
ahollander@slarskey.com

J.D., Yale Law School
A.B., magna cum laude., Brown University

Adam Hollander has more than 15 years of experience representing businesses and institutional and individual investors. He has successfully represented clients in a wide range of complex commercial litigation matters, including class and individual actions raising securities fraud and other shareholder claims in federal and state trial and appellate courts.

Mr. Hollander has litigated numerous high-stakes securities and shareholder class and derivative actions, serving as a senior member of teams that recovered over $700 million for investors. He has played a key role in high-stakes matters including, among others, cases alleging securities claims arising from the catastrophic crashes of Boeing's 737 MAX aircraft; the collapse of the multi-billion-dollar hedge fund Archegos Capital Management; the "Facebook Files" that disclosed extensive wrongdoing and misrepresentations at social-media company Meta and its platforms; Volkswagen's "Dieselgate" emissions-cheating scandal; and the collapse of SunEdison, formerly the world's largest renewable energy company. He was also integral to two successful appeals to the U.S. Court of Appeals for the Fifth Circuit, one involving claims against home healthcare company Amedisys and the other concerning theme-park operator Six Flags, which substantially clarified and strengthened the standards for pleading securities-fraud claims.

Mr. Hollander was previously a partner at Bernstein Litowitz Berger & Grossmann LLP and was associated with Boies Schiller Flexner LLP and white-collar litigation boutique Brune & Richard LLP. He also served as a judicial law clerk on the U.S. Court of Appeals for the Second Circuit for the Honorable Barrington D. Parker, Jr. and on the U.S. District Court for the District of Connecticut for the Honorable Stefan R. Underhill.

13

# ASSOCIATES



## Ricky Weingarten

(646) 350-2508
rweingarten@slarskey.com

J.D., Brooklyn Law School
B.A., University of Delaware

Ricky Weingarten has more than a decade of experience litigating commercial, employment, and civil rights disputes in state and federal court.

He started his career defending the City of New York and its law enforcement agencies in civil rights lawsuits, serving as lead counsel in several federal jury trials all resulting in full defense verdicts. Mr. Weingarten also served as a law clerk for Judge Vera M. Scanlon of the United States District Court in the Eastern District of New York.

Before joining Slarskey LLC, Mr. Weingarten served as an associate at Phillips Lytle LLP, where he represented banks, other financial services providers, individuals, and not-for-profit organizations in a range of business and employment-related disputes.

# ASSOCIATES

## Kimberly Grinberg

(646) 893-2680
kgrinberg@slarskey.com

J.D., Syracuse University College of Law
M.A., International Affairs Maxwell School of Citizenship and Public Affairs at Syracuse University
B.A., Pennsylvania State University

Kimberly Grinberg began her career as a lawyer with the Manhattan District Attorney's Office, handling a varied docket of cases including violent crimes, identity theft, domestic violence, and gun possession matters.

As a prosecutor, Ms. Grinberg successfully conducted jury and bench trials before the Supreme and Criminal Courts of the State of New York, presented cases to the grand jury, oversaw all aspects of pre- and post-trial discovery and appeals, and counseled NYPD in short and long-term criminal investigations. Ms. Grinberg has published articles and made public speaking appearances on issues related to international drug and addiction policy.

# ASSOCIATES

## Keith Dore

(212) 658-0661 ext 1014
kdore@slarskey.com

J.D., cum laude, New York University School of Law
B.A., magna cum laude, University of California, Los Angeles

Keith Dore began his legal career as a litigation associate at Davis Polk & Wardwell LLP. At Davis Polk, Mr. Dore represented a broad range of clients including banks, investment firms, technology companies, media companies, and pharmaceutical companies. Keith has maintained a broad-based litigation practice, counseling clients in general commercial, securities, antitrust, fiduciary duty, bankruptcy, and other litigation matters in federal and state courts, as well as in white collar and antitrust investigations before federal and state regulators. He also assisted with pro bono criminal matters and co-authored an article with colleagues in the Daily Journal discussing antitrust merger challenges. Mr. Dore graduated cum laude from New York University School of Law, where he was a Senior Articles Editor of the NYU Journal of Law & Business.