UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br>    v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>                      Defendants. | Case No.: 1:18-cv-02268-AT-SN<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' AND SUDHEERA TRIPURANENI TRUST U/A DTD 11/16/2015'S JOINT MOTION FOR CLASS CERTIFICATION OF THE MISREPRESENTATION AND MANIPULATION CLASSES** |

Upon consideration of the motion for class certification and supporting materials submitted by Lead Plaintiffs Set Capital LLC, Stefan Jager, Aleksandr Gamburg, Apollo Asset Limited ("Lead Plaintiffs") and the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 ("Trust"), it is hereby ORDERED:

(1) Lead Plaintiffs' and the Trust's motion is GRANTED;

(2) This action is certified as a class action pursuant to Fed. R. Civ. P. 23 for two classes, defined as follows:

    a. All persons and entities that purchased or acquired VelocityShares Inverse VIX Short Term Exchange Traded Notes between January 29, 2018 and February 5, 2018, inclusive, and who were damaged thereby ("Misrepresentation Class"); and

    b. All persons and entities that sold or redeemed the VelocityShares Inverse VIX

Short Term Exchange Traded Notes on or after February 5, 2018 and who were damaged thereby ("Manipulation Class");

(3) Excluded from each of the Classes are Defendants and any of their immediate family members, the officers, directors and affiliates of Defendants at all relevant times, the legal representatives, heirs, successors or assigns of any Defendant, and any entity in which any Defendant has or had a controlling interest. Also excluded from the Classes are Janus Henderson Group plc ("Janus"), Janus Index and Calculation Services ("JIC"), and Janus Distributors LLC d/b/a Janus Henderson Distributors ("JHD") (collectively, the "Janus Entities"), and any officers and directors or their immediate family members, affiliates, legal representatives, heirs, successors or assigns of the Janus Entities;

(4) Lead Plaintiffs are appointed as Class Representatives for the Misrepresentation Class;

(5) The Trust is appointed as the Class Representative for the Manipulation Class;

(6) Co-Lead Counsel Cohen Milstein Sellers and Toll PLLC and Levi & Korsinsky, LLP are appointed as Class Counsel for the Misrepresentation Class; and

(7) Slarskey, LLC is appointed as Class Counsel for the Manipulation Class.

**SO ORDERED.**

_____, 2023.

_____
The Honorable Analisa N. Torres
United States District Judge