UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,

          Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/16/2023
```

18 Civ. 2268 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 15, 2023, Plaintiffs Set Capital LLC, Stefan Jager, Aleksandr Gamburg, and Apollo Asset Limited (collectively, "Lead Plaintiffs"), and the Sudheera Tripuraneni Trust U/A DTD 11/16/2015 (the "Trust"), filed a joint motion for class certification. ECF No. 296; *see* ECF Nos. 297, 299–301. Accordingly, by **June 5, 2023**, Defendants shall file their opposition papers. By **June 20, 2023**, Lead Plaintiffs and the Trust shall file their reply, if any.

    SO ORDERED.

Dated: May 16, 2023
       New York, New York

ANALISA TORRES
United States District Judge