# COHEN MILSTEIN

Laura Posner
(212) 220-2925
lposner@cohenmilstein.com

May 23, 2023

**VIA ECF**

The Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Set Capital LLC, et al., v. Credit Suisse Group AG, et al.,*
      **No. 18-CV-02268 (AT) (SN)**

Dear Magistrate Judge Netburn:

We represent Lead Plaintiffs in the above-captioned litigation and respectfully submit this letter in response to the Court's Order (Dkt. 294) indicating that Plaintiffs should refile documents Dkt. Nos. 285, 287, and 291 pursuant to Rule III.F of Your Honor's Individual Practices in Civil Cases and Paragraph 9 of the Stipulated Protective Order (Dkt. No. 157) (the "Protective Order").

On May 17, 2023, Defendants notified Lead Plaintiffs that they were withdrawing their designation of the information redacted in Dkt. Nos. 285, 287, and 291 as "Confidential." Accordingly, Lead Plaintiffs will refile Dkt. Nos. 285, 287, and 291 publicly in unredacted form.

Respectfully submitted,

*/s/ Laura H. Posner*
Laura Posner

*Counsel for Lead Plaintiffs and the Classes*