UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiffs,

         -against-

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                              Defendants.
-----------------------------------------------------------------X

18-CV-02268 (AT)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

Oral argument on Plaintiffs' motion for leave to file an amended complaint, ECF No. 304, is scheduled for Wednesday, August 2, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 17, 2023
                New York, New York