# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| DANIEL R. ANDERSON | HELENA S. FRANCESCHI | TELEPHONE: (212) 701-3000 | JOEL H. LEVITIN | ANDREW SCHWARTZ |
| HELENE R. BANKS | JOAN MURTAGH FRANKEL | WWW.CAHILL.COM | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JONATHAN J. FRANKEL | ⎯⎯⎯⎯⎯ | MARK LOFTUS | JOSIAH M. SLOTNICK |
| LANDIS C. BEST | SESI GARIMELLA | | JOHN MacGREGOR | RICHARD A. STIEGLITZ JR. |
| CHRISTOPHER BEVAN | ARIEL GOLDMAN | 1990 K STREET, N.W. | BRIAN T. MARKLEY | SUSANNA M. SUH |
| BROCKTON B. BOSSON | PATRICK GORDON | WASHINGTON, DC 20006-1181 | MEGHAN N. McDERMOTT | ANTHONY K. TAMA |
| JONATHAN BROWNSON * | JASON M. HALL | (202) 862-8900 | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| DONNA M. BRYAN | STEPHEN HARPER | | EDWARD N. MOSS | HERBERT S. WASHER |
| EMEKA C. CHINWUBA | WILLIAM M. HARTNETT | CAHILL GORDON & REINDEL (UK) LLP | JOEL MOSS | MICHAEL B. WEISS |
| JOYDEEP CHOUDHURI * | NOLA B. HELLER | 20 FENCHURCH STREET | NOAH B. NEWITZ | DAVID WISHENGRAD |
| JAMES J. CLARK | CRAIG M. HOROWITZ | LONDON EC3M 3BY | WARREN NEWTON § | C. ANTHONY WOLFE |
| CHRISTOPHER W. CLEMENT | TIMOTHY B. HOWELL | +44 (0) 20 7920 9800 | DAVID R. OWEN | ELIZABETH M. YAHL |
| AYANO K. CREED | DAVID G. JANUSZEWSKI | ⎯⎯⎯⎯⎯ | JOHN PAPACHRISTOS | |
| PRUE CRIDDLE ± | ELAI KATZ | | LUIS R. PENALVER | |
| SEAN M. DAVIS | JAKE KEAVENY | WRITER'S DIRECT NUMBER | SHEILA C. RAMESH | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| STUART G. DOWNING | BRIAN S. KELLEHER | | MICHAEL W. REDDY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| ADAM M. DWORKIN | RICHARD KELLY | | OLEG REZZY | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | CHÉRIE R. KISER ‡ | | THOMAS ROCHER | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| SAMSON A. ENZER | JOEL KURTZBERG | | THORN ROSENTHAL | |
| JENNIFER B. EZRING | TED B. LACEY | | TAMMY L. ROY | |
| GERALD J. FLATTMANN JR. | ALIZA R. LEVINE | | JONATHAN A. SCHAFFZIN | |

(212) 701-3435

July 17, 2023

Re: *Set Capital LLC, et al.* v. *Credit Suisse Group AG, et al.*,
No. 18-CV-02268 (AT) (SN)

Dear Magistrate Judge Netburn:

We write on behalf of Defendants regarding oral argument on Plaintiffs' Motion for Leave to Amend, currently scheduled for August 2, 2023 at 3:00 p.m. before Your Honor. Lead defense counsel has a long-planned vacation at that time, and so we respectfully request an adjournment to August 14, 2023 or a later date that works for the Court and all parties. This is the first request for an extension. Plaintiffs' counsel has authorized us to represent that they consent to this request.

Respectfully submitted,

/s/ *Herbert S. Washer*
Herbert S. Washer

The Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**VIA ECF**
cc: All Counsel