```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                            Plaintiffs,

-against-

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                            Defendants.
------------------------------------------------------------X

18-CV-02268 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       A hearing is scheduled for Monday, December 18, 2023, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. At the hearing, the Court will receive oral arguments on the Plaintiffs' fully briefed Motion for Leave to Amend the Complaint.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 30, 2023
               New York, New York