UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/1/2024_____
```

SET CAPITAL LLC, et al., Individually and on Behalf of
All Others Similarly Situated,

                              Plaintiffs,

              -against-                                    18 Civ. 2268 (AT)

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG,                  **ORDER**
CREDIT SUISSE INTERNATIONAL, TIDJANE
THIAM, DAVID R. MATHERS, JANUS HENDERSON
GROUP PLC, JANUS INDEX & CALCULATION
SERVICES LLC, and JANUS DISTRIBUTORS LLC
d/b/a JANUS HENDERSON DISTRIBUTORS,

                              Defendants.

ANALISA TORRES, District Judge:

       On April 30, 2024, Plaintiffs, Set Capital LLC, Stefan Jager, Aleksandr Gamburg, and
Apollo Asset Limited (collectively, "Lead Plaintiffs"), and Sudheera Tripuraneni Trust U/A
DTD 11/16/2015 (the "Trust"), filed a renewed joint motion for class certification.  ECF No.
341; *see* ECF No. 342.  Accordingly, by **May 21, 2024**, Defendants shall file their opposition
papers, and by **June 4, 2024**, Lead Plaintiffs and the Trust shall file their reply, if any.

       SO ORDERED.

Dated:  May 1, 2024
    New York, New York

_____
ANALISA TORRES
United States District Judge