# EXHIBIT A

| From: | [█████████.@Bloomberg.net] |
|---|---|
| Sent: | 2/6/2018 3:48:59 AM |
| To: | █████████ @Bloomberg.net]; MELIH ARSLAN [MARSLAN8@Bloomberg.net] |
| Subject: | Bloomberg IM Conversation # H0-V2438680 |
| Attachments: | metadata-2438680.txt |

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2018-02-05T19:34:41.0000000Z | █████@Bloomberg.net | Joined |
| 2018-02-05T23:36:41.0000000Z | █████@Bloomberg.net | XIV is crazy |
| 2018-02-05T23:36:43.0000000Z | █████@Bloomberg.net | {http://app.velocitysharesetns.com/files/prospectus/PRICING_SUPPLEMENT_No__VLS_ETN-1_A31_long_form_2.PDF} |
| 2018-02-05T23:36:47.0000000Z | █████@Bloomberg.net | Doing to 0 |
| 2018-02-06T03:48:59.0000000Z | █████@Bloomberg.net | Left |
| 2018-02-06T03:48:59.0000000Z | MARSLAN8@Bloomberg.net | [Bloomberg created note: Remains logged in.] |