# EXHIBIT B

**From:** RAYMOND HAN [RAYJH28@Bloomberg.net]
**Sent:** 4/11/2017 6:19:46 PM
**To:** RAYMOND HAN [RAYJH28@Bloomberg.net]; ANDREW MULLEN [AMULLEN12@Bloomberg.net]
**Subject:** Bloomberg IM Conversation # H0-V3633479
**Attachments:** metadata-3633479.txt

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2017-04-11T11:25:24.0000000Z | RAYJH28@Bloomberg.net | Joined |
| 2017-04-11T11:25:24.0000000Z | RAYJH28@Bloomberg.net | *** CREDIT SUISSE SECURI (175422) Disclaimer: This message is sent for information only; it is not an opinion and its accuracy is not guaranteed. Please review important disclaimer information regarding market commentary, HOLT, options and backtesting at www.credit-suisse.com/legal/marketcommentary. Where required by law, and except for FX instruments, pre-trade mid-market mark is the arithmetic mean of bid and offer prices unless otherwise stated; other regulatory disclosures are at https://plus.credit-suisse.com/. Important conflicts disclosures can be found at https://rave.credit-suisse.com/disclosures/view/nr. |
| 2017-04-11T15:00:54.0000000Z | RAYJH28@Bloomberg.net | Hey you're still coming Thursday night right? |
| 2017-04-11T15:00:54.0000000Z | AMULLEN12@Bloomberg.net | Joined |
| 2017-04-11T15:00:58.0000000Z | AMULLEN12@Bloomberg.net | *** ANDREW MULLEN (CREDIT SUISSE SECURI) Personal Disclaimer: |
| 2017-04-11T15:00:58.0000000Z | AMULLEN12@Bloomberg.net | *** CREDIT SUISSE SECURI (536093) Disclaimer: This material has been prepared by sales and/or trading personnel and does not constitute investment research or an opinion. Credit Suisse is not acting as a municipal advisor and the views contained herein are not advice within the meaning of Section 975 of Dodd-Frank. Important disclaimers are at https://www.credit-suisse.com/legal/en/ib/americas_salestrading.jsp and https://www.credit-suisse.com/legal/en/disclaimer_email_ib.html. Where required by law, and except for FX instruments, pre-trade mid-market mark is the |

XIV-Lit-001235107

arithmetic mean of bid and offer prices unless otherwise stated; other regulatory disclosures are at https://plus.credit-suisse.com.

| | | |
|---|---|---|
| 2017-04-11T15:01:05.0000000Z | AMULLEN12@Bloomberg.net | Yeah sure |
| 2017-04-11T15:01:52.0000000Z | RAYJH28@Bloomberg.net | cool |
| 2017-04-11T15:02:32.0000000Z | RAYJH28@Bloomberg.net | What do you want to cook today? |
| 2017-04-11T15:06:11.0000000Z | AMULLEN12@Bloomberg.net | Eh idk |
| 2017-04-11T15:09:36.0000000Z | RAYJH28@Bloomberg.net | I'm really feeling ramen |
| 2017-04-11T15:14:22.0000000Z | AMULLEN12@Bloomberg.net | I feeling some xiv |
| 2017-04-11T15:14:56.0000000Z | RAYJH28@Bloomberg.net | Was just talking about your trade haha |
| 2017-04-11T15:15:04.0000000Z | RAYJH28@Bloomberg.net | Wait till the day before the election |
| 2017-04-11T15:15:06.0000000Z | RAYJH28@Bloomberg.net | And double down |
| 2017-04-11T15:16:53.0000000Z | AMULLEN12@Bloomberg.net | ugh |
| 2017-04-11T15:33:48.0000000Z | AMULLEN12@Bloomberg.net | XIV has the embedded knock out? |
| 2017-04-11T15:33:53.0000000Z | RAYJH28@Bloomberg.net | yes |
| 2017-04-11T15:34:17.0000000Z | RAYJH28@Bloomberg.net | But I don't think that will happen unles spx sells off 15% in one day |
| 2017-04-11T15:34:55.0000000Z | AMULLEN12@Bloomberg.net | doomsday |
| 2017-04-11T15:38:22.0000000Z | AMULLEN12@Bloomberg.net | I'm a buyer at 0 |
| 2017-04-11T15:38:33.0000000Z | RAYJH28@Bloomberg.net | You can't buy it at zero |
| 2017-04-11T15:38:37.0000000Z | RAYJH28@Bloomberg.net | It just doesn't exist any more |
| 2017-04-11T15:38:56.0000000Z | AMULLEN12@Bloomberg.net | ugh |
| 2017-04-11T15:41:57.0000000Z | RAYJH28@Bloomberg.net | You'll be fine |
| 2017-04-11T16:26:31.0000000Z | RAYJH28@Bloomberg.net | so... ramen? |
| 2017-04-11T16:26:53.0000000Z | AMULLEN12@Bloomberg.net | I'd prerfer something a little healthier |

XIV-Lit-001235108

| | | |
|---|---|---|
| 2017-04-11T16:26:58.0000000Z | RAYJH28@Bloomberg.net | like? |
| 2017-04-11T17:07:36.0000000Z | AMULLEN12@Bloomberg.net | You sign up for this exotics class? |
| 2017-04-11T17:07:40.0000000Z | RAYJH28@Bloomberg.net | no |
| 2017-04-11T17:07:46.0000000Z | RAYJH28@Bloomberg.net | The classes are super boring |
| 2017-04-11T17:08:09.0000000Z | AMULLEN12@Bloomberg.net | hmm |
| 2017-04-11T17:08:10.0000000Z | AMULLEN12@Bloomberg.net | Maybe I won't go |
| 2017-04-11T17:10:09.0000000Z | AMULLEN12@Bloomberg.net | U been to one? |
| 2017-04-11T17:14:39.0000000Z | RAYJH28@Bloomberg.net | yea |
| 2017-04-11T17:14:44.0000000Z | RAYJH28@Bloomberg.net | Don't just take my word for it |
| 2017-04-11T17:14:49.0000000Z | RAYJH28@Bloomberg.net | It might be helpful for you |
| 2017-04-11T17:14:59.0000000Z | AMULLEN12@Bloomberg.net | Which one you go to |
| 2017-04-11T17:15:16.0000000Z | AMULLEN12@Bloomberg.net | Maybe I just need a partner in crime |
| 2017-04-11T17:23:32.0000000Z | RAYJH28@Bloomberg.net | Are you busy? |
| 2017-04-11T17:23:42.0000000Z | RAYJH28@Bloomberg.net | Can I finalyl get a bit of help with eurodollar packs? |
| 2017-04-11T17:23:52.0000000Z | AMULLEN12@Bloomberg.net | What do you want to know |
| 2017-04-11T17:24:01.0000000Z | RAYJH28@Bloomberg.net | Ok so lets start easy with the white pack |
| 2017-04-11T17:24:06.0000000Z | RAYJH28@Bloomberg.net | Which is the first one right? |
| 2017-04-11T17:24:09.0000000Z | AMULLEN12@Bloomberg.net | yes |
| 2017-04-11T17:24:21.0000000Z | RAYJH28@Bloomberg.net | It has M7, U7, Z7, and H8 right? |
| 2017-04-11T17:24:26.0000000Z | AMULLEN12@Bloomberg.net | yup |
| 2017-04-11T17:25:01.0000000Z | RAYJH28@Bloomberg.net | So buying 1 white pack would be the same as buying 1 m7, 1 u7, 1 z7, and 1h8? |
| 2017-04-11T17:25:08.0000000Z | AMULLEN12@Bloomberg.net | yes |

XIV-Lit-001235109

| | | |
|---|---|---|
| 2017-04-11T17:25:34.0000000Z | AMULLEN12@Bloomberg.net | Can you not see your front end risk? |
| 2017-04-11T17:25:42.0000000Z | RAYJH28@Bloomberg.net | So pricing I see 2 @ 2.25 |
| 2017-04-11T17:25:49.0000000Z | AMULLEN12@Bloomberg.net | yep |
| 2017-04-11T17:25:53.0000000Z | RAYJH28@Bloomberg.net | What does that mean? |
| 2017-04-11T17:26:07.0000000Z | RAYJH28@Bloomberg.net | Because the other futures are prced like 98.9 |
| 2017-04-11T17:26:18.0000000Z | AMULLEN12@Bloomberg.net | The packs are priced as the average move on the day of the contracts included |
| 2017-04-11T17:26:35.0000000Z | AMULLEN12@Bloomberg.net | M7 has moved 1, u7 1.5, z7 2.5, and h8 3.5 |
| 2017-04-11T17:27:01.0000000Z | AMULLEN12@Bloomberg.net | 1+1.5+2.5+3.5 = 8 |
| 2017-04-11T17:27:10.0000000Z | AMULLEN12@Bloomberg.net | *8.5 |
| 2017-04-11T17:27:16.0000000Z | AMULLEN12@Bloomberg.net | 8.5/4 = 2.25 |
| 2017-04-11T17:27:24.0000000Z | AMULLEN12@Bloomberg.net | White pack is 2 @ 2.5 |
| 2017-04-11T17:27:55.0000000Z | RAYJH28@Bloomberg.net | So every day it resets to 0? |
| 2017-04-11T17:28:09.0000000Z | AMULLEN12@Bloomberg.net | ya |
| 2017-04-11T17:34:51.0000000Z | RAYJH28@Bloomberg.net | So the bid offer for each euro dollar pack is .5*100? |
| 2017-04-11T17:35:13.0000000Z | AMULLEN12@Bloomberg.net | yes |
| 2017-04-11T17:35:31.0000000Z | RAYJH28@Bloomberg.net | Sorry .25*100 |
| 2017-04-11T17:35:36.0000000Z | AMULLEN12@Bloomberg.net | whatever |
| 2017-04-11T17:35:37.0000000Z | RAYJH28@Bloomberg.net | Or 25 dollars |
| 2017-04-11T17:35:52.0000000Z | RAYJH28@Bloomberg.net | And if you traded the 4 futures, you would be 25*.5*4 |
| 2017-04-11T17:35:56.0000000Z | RAYJH28@Bloomberg.net | Or 50 dollars |
| 2017-04-11T17:36:01.0000000Z | RAYJH28@Bloomberg.net | So you cross half the bid offer |
| 2017-04-11T17:36:03.0000000Z | RAYJH28@Bloomberg.net | Ok cool |

XIV-Lit-001235110

| | | |
|---|---|---|
| 2017-04-11T17:36:19.0000000Z | AMULLEN12@Bloomberg.net | Of course it's cheaper to buy the pack |
| 2017-04-11T17:49:49.0000000Z | AMULLEN12@Bloomberg.net | You should check out the ***bundles*** |
| 2017-04-11T17:58:26.0000000Z | RAYJH28@Bloomberg.net | Wow bundles |
| 2017-04-11T17:58:28.0000000Z | RAYJH28@Bloomberg.net | That's what I need more |
| 2017-04-11T17:59:02.0000000Z | AMULLEN12@Bloomberg.net | Ya man |
| 2017-04-11T17:59:15.0000000Z | AMULLEN12@Bloomberg.net | Abundance of bundles |
| 2017-04-11T18:00:31.0000000Z | RAYJH28@Bloomberg.net | What's the ticker? |
| 2017-04-11T18:00:56.0000000Z | AMULLEN12@Bloomberg.net | Don't think there is a ticker |
| 2017-04-11T18:01:04.0000000Z | AMULLEN12@Bloomberg.net | Lemme see ya halo halo |
| 2017-04-11T18:01:10.0000000Z | AMULLEN12@Bloomberg.net | haloooOOOOooooOOoo |
| 2017-04-11T18:02:56.0000000Z | RAYJH28@Bloomberg.net | I'm gonna stop by and check your halo thing |
| 2017-04-11T18:03:03.0000000Z | RAYJH28@Bloomberg.net | Actually nvm |
| 2017-04-11T18:03:08.0000000Z | RAYJH28@Bloomberg.net | I don't think it would feed into our risks |
| 2017-04-11T18:03:13.0000000Z | AMULLEN12@Bloomberg.net | There is a ticker actually |
| 2017-04-11T18:03:15.0000000Z | RAYJH28@Bloomberg.net | Idk how to trade bundles |
| 2017-04-11T18:09:08.0000000Z | RAYJH28@Bloomberg.net | Ok I have bundles now |
| 2017-04-11T18:09:22.0000000Z | RAYJH28@Bloomberg.net | And they are priced same way as packs right? |
| 2017-04-11T18:09:53.0000000Z | AMULLEN12@Bloomberg.net | I actually have never traded bundles |
| 2017-04-11T18:10:04.0000000Z | AMULLEN12@Bloomberg.net | But i'd guess so ya |
| 2017-04-11T18:10:05.0000000Z | RAYJH28@Bloomberg.net | That's not comforting |
| 2017-04-11T18:10:43.0000000Z | AMULLEN12@Bloomberg.net | I'm here for u bb |
| 2017-04-11T18:11:10.0000000Z | RAYJH28@Bloomberg.net | Is a 3y bundle the same thing as a like 3m3y swap? |
| 2017-04-11T18:11:56.0000000Z | AMULLEN12@Bloomberg.net | no |

XIV-Lit-001235111

| | | |
|---|---|---|
| 2017-04-11T18:12:06.0000000Z | AMULLEN12@Bloomberg.net | Altho they are roughly equivalent |
| 2017-04-11T18:12:24.0000000Z | RAYJH28@Bloomberg.net | Are they the same except for the difference in the forward amount? |
| 2017-04-11T18:12:35.0000000Z | RAYJH28@Bloomberg.net | Like 2.639m3y swap? |
| 2017-04-11T18:13:06.0000000Z | AMULLEN12@Bloomberg.net | no |
| 2017-04-11T18:13:26.0000000Z | RAYJH28@Bloomberg.net | Ok then what's the difference? |
| 2017-04-11T18:18:36.0000000Z | AMULLEN12@Bloomberg.net | Otc vs. Listed, for one, counterparty/credit risk, rate resets don't align with futures expirations |
| 2017-04-11T18:18:39.0000000Z | AMULLEN12@Bloomberg.net | Among other things |
| 2017-04-11T18:18:59.0000000Z | AMULLEN12@Bloomberg.net | We treat them as the same thing (libor products) |
| 2017-04-11T18:19:05.0000000Z | AMULLEN12@Bloomberg.net | But i'm sure the swap desk does not |
| 2017-04-11T18:19:35.0000000Z | AMULLEN12@Bloomberg.net | Altho we do care about the mark to market obviously and the fact that their being listed makes them easier to trade |
| 2017-04-11T18:19:46.0000000Z | AMULLEN12@Bloomberg.net | And an accurate signal as to where the market on certtain things is |

CONFIDENTIAL