# EXHIBIT C

| | |
|---|---|
| From: | RAYMOND HAN [RAYJH28@Bloomberg.net] |
| Sent: | 3/31/2017 6:55:56 PM |
| To: | RAYMOND HAN [RAYJH28@Bloomberg.net]; ANDREW MULLEN [AMULLEN12@Bloomberg.net] |
| Subject: | Bloomberg IM Conversation # H0-V1964979 |
| Attachments: | metadata-1964979.txt |

| Date Sent (UTC) | Sender | Message |
|---|---|---|
| 2017-03-31T11:22:00.0000000Z | RAYJH28@Bloomberg.net | Joined |
| 2017-03-31T11:22:00.0000000Z | RAYJH28@Bloomberg.net | *** CREDIT SUISSE SECURITIES (USA) LLC (175422) Disclaimer: This message is sent for information only; it is not an opinion and its accuracy is not guaranteed. Please review important disclaimer information regarding market commentary, HOLT, options and backtesting at www.credit-suisse.com/legal/marketcommentary. Where required by law, and except for FX instruments, pre-trade mid-market mark is the arithmetic mean of bid and offer prices unless otherwise stated; other regulatory disclosures are at https://plus.credit-suisse.com/. Important conflicts disclosures can be found at https://rave.credit-suisse.com/disclosures/view/nr. |
| 2017-03-31T11:33:44.0000000Z | RAYJH28@Bloomberg.net | Left |
| 2017-03-31T11:51:52.0000000Z | RAYJH28@Bloomberg.net | Joined |
| 2017-03-31T11:51:52.0000000Z | RAYJH28@Bloomberg.net | *** CREDIT SUISSE SECURITIES (USA) LLC (175422) Disclaimer: This message is sent for information only; it is not an opinion and its accuracy is not guaranteed. Please review important disclaimer information regarding market commentary, HOLT, options and backtesting at www.credit-suisse.com/legal/marketcommentary. Where required by law, and except for FX instruments, pre-trade mid-market mark is the arithmetic mean of bid and offer prices unless otherwise stated; other regulatory disclosures are at https://plus.credit-suisse.com/. Important conflicts disclosures can be found at https://rave.credit-suisse.com/disclosures/view/nr. |

| | | |
|---|---|---|
| 2017-03-31T12:55:06.0000000Z | RAYJH28@Bloomberg.net | Did you look at rent yet? |
| 2017-03-31T12:55:06.0000000Z | AMULLEN12@Bloomberg.net | Joined |
| 2017-03-31T13:19:48.0000000Z | AMULLEN12@Bloomberg.net | *** ANDREW MULLEN (CREDIT SUISSE SECURITIES (USA) LLC) Personal Disclaimer: |
| 2017-03-31T13:19:48.0000000Z | AMULLEN12@Bloomberg.net | *** CREDIT SUISSE SECURITIES (USA) LLC (536093) Disclaimer: This material has been prepared by sales and/or trading personnel and does not constitute investment research or an opinion. Credit Suisse is not acting as a municipal advisor and the views contained herein are not advice within the meaning of Section 975 of Dodd-Frank. Important disclaimers are at https://www.credit-suisse.com/legal/en/ib/americas_salestrading.jsp and https://www.credit-suisse.com/legal/en/disclaimer_email_ib.html. Where required by law, and except for FX instruments, pre-trade mid-market mark is the arithmetic mean of bid and offer prices unless otherwise stated; other regulatory disclosures are at https://plus.credit-suisse.com. |
| 2017-03-31T13:19:53.0000000Z | AMULLEN12@Bloomberg.net | Yeah I paid |
| 2017-03-31T13:20:19.0000000Z | RAYJH28@Bloomberg.net | What was the number you saw? |
| 2017-03-31T13:20:33.0000000Z | RAYJH28@Bloomberg.net | You have it on auto right? |
| 2017-03-31T13:21:19.0000000Z | AMULLEN12@Bloomberg.net | no |
| 2017-03-31T13:21:22.0000000Z | AMULLEN12@Bloomberg.net | manual |
| 2017-03-31T13:21:25.0000000Z | AMULLEN12@Bloomberg.net | It was like 6000 |
| 2017-03-31T13:21:26.0000000Z | AMULLEN12@Bloomberg.net | Llike you said |
| 2017-03-31T13:22:05.0000000Z | RAYJH28@Bloomberg.net | weird |
| 2017-03-31T13:22:06.0000000Z | RAYJH28@Bloomberg.net | .... |
| 2017-03-31T13:22:21.0000000Z | RAYJH28@Bloomberg.net | We should call to figure out |
| 2017-03-31T15:27:41.0000000Z | AMULLEN12@Bloomberg.net | Sure yeah |

CONFIDENTIAL
XIV-Lit-001235096

| | | |
|---|---|---|
| 2017-03-31T15:27:45.0000000Z | AMULLEN12@Bloomberg.net | So back to the etf question |
| 2017-03-31T15:27:54.0000000Z | AMULLEN12@Bloomberg.net | SVXY? XIV? |
| 2017-03-31T15:27:56.0000000Z | AMULLEN12@Bloomberg.net | Why you like |
| 2017-03-31T15:28:38.0000000Z | RAYJH28@Bloomberg.net | Because shorting vol is always the move |
| 2017-03-31T15:28:45.0000000Z | AMULLEN12@Bloomberg.net | cmahn |
| 2017-03-31T15:28:52.0000000Z | AMULLEN12@Bloomberg.net | Need something more compelling than that |
| 2017-03-31T15:29:02.0000000Z | RAYJH28@Bloomberg.net | It's just gonna roll down |
| 2017-03-31T15:29:05.0000000Z | RAYJH28@Bloomberg.net | Forever and awlays |
| 2017-03-31T15:29:10.0000000Z | AMULLEN12@Bloomberg.net | Great carry, yeah |
| 2017-03-31T15:29:24.0000000Z | AMULLEN12@Bloomberg.net | Don't know if owning it into the french elections is the play tho |
| 2017-03-31T15:29:39.0000000Z | RAYJH28@Bloomberg.net | Eh it worked going into trump |
| 2017-03-31T15:33:56.0000000Z | AMULLEN12@Bloomberg.net | Problem with xiv seems like if vols return to historical levels u get craemed |
| 2017-03-31T15:39:40.0000000Z | AMULLEN12@Bloomberg.net | What about scxy |
| 2017-03-31T15:40:57.0000000Z | AMULLEN12@Bloomberg.net | What's the carry on xiv? |
| 2017-03-31T16:22:13.0000000Z | RAYJH28@Bloomberg.net | Hard to say |
| 2017-03-31T16:22:19.0000000Z | RAYJH28@Bloomberg.net | Just depends on the term structure of the vix |
| 2017-03-31T16:22:48.0000000Z | RAYJH28@Bloomberg.net | Is 20k dv01 a decent chunk for a trade? |
| 2017-03-31T16:22:56.0000000Z | AMULLEN12@Bloomberg.net | Not really |
| 2017-03-31T16:22:58.0000000Z | AMULLEN12@Bloomberg.net | For us |
| 2017-03-31T16:23:00.0000000Z | AMULLEN12@Bloomberg.net | At least |
| 2017-03-31T16:23:08.0000000Z | RAYJH28@Bloomberg.net | For swaps guys? |
| 2017-03-31T16:26:59.0000000Z | AMULLEN12@Bloomberg.net | no |
| 2017-03-31T16:27:05.0000000Z | AMULLEN12@Bloomberg.net | 20k is tiny |

| | | |
|---|---|---|
| 2017-03-31T16:27:18.0000000Z | AMULLEN12@Bloomberg.net | That's like 22 10y rate |
| 2017-03-31T16:27:31.0000000Z | RAYJH28@Bloomberg.net | 20k 3y dv01 |
| 2017-03-31T16:27:33.0000000Z | RAYJH28@Bloomberg.net | Or 4y |
| 2017-03-31T16:28:21.0000000Z | AMULLEN12@Bloomberg.net | Not that large |
| 2017-03-31T16:28:24.0000000Z | AMULLEN12@Bloomberg.net | Like 100mm 2y rate |
| 2017-03-31T16:28:28.0000000Z | RAYJH28@Bloomberg.net | ok |
| 2017-03-31T16:28:32.0000000Z | RAYJH28@Bloomberg.net | cool{ |

CONFIDENTIAL
XIV-Lit-001235098