**COHEN MILSTEIN**

Michael Eisenkraft
**O:** 212.838.7797
**D:** 212.838.7893
meisenkraft@cohenmilstein.com

cohenmilstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2024__

October 31, 2024

The Honorable Analisa Torres
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

    Re:    *Set Capital LLC, et al. v. Credit Suisse Group AG, et al.*,
             1:18-cv-02268 (AT) (SN)

Dear Judge Torres:

    Pursuant to Rule IV(A)(ii) of Your Honor's Individual Practices in Civil Cases and Section 9 of the Stipulated Protective Order (ECF 157) (the "Protective Order"), Lead Plaintiffs respectfully submit this letter requesting leave to redact and file under seal certain portions of their October 31, 2024, letter to the Court (the "Letter").

    The Letter contains certain quotations and references to materials that Defendants have designated "Confidential" pursuant to the Protective Order entered by this Court. *See* Protective Order § 9. Plaintiffs take no position on whether these documents are appropriately designated as Confidential.

GRANTED.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 353.

SO ORDERED.

Dated: November 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge