UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS, JANUS HENDERSON GROUP PLC, JANUS INDEX & CALCULATION SERVICES LLC, and JANUS DISTRIBUTORS LLC d/b/a JANUS HENDERSON DISTRIBUTORS,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:18-cv-02268-AT-SN |

## **DECLARATION OF MICHAEL B. EISENKRAFT**

Pursuant to 28 U.S.C. § 1746, I, Michael B. Eisenkraft, declare as follows:

1. I am a member in good standing of the New York bar and I am admitted to practice in this District. I submit this declaration in support of the letter filed herewith by Lead Plaintiffs Set Capital LLC, Stefan Jager, Aleksandr Gamburg, Apollo Asset Limited and the Sudheera Tripuraneni Trust U/A DTD 11/16/2015.

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A:   November 26, 2024, letter from defense counsel

Exhibit B:   November 22, 2024, email from Brendan Schneiderman

Exhibit C:   Excerpts from February 2, 2023, Deposition of Leonardo Mayer

Exhibit D:   XIV-Lit-001235301

Exhibit E:   XIV-Lit-0001235669

1

Exhibit F:      XIV-Lit-001235654

Exhibit G:      Exhibit 102 (introduced in depositions of Leonardo Mayer and Melih Arslan)

Exhibit H:      Excerpts from January 19, 2023, Deposition of Melih Arslan

Exhibit I:      Excerpts from January 31, 2023, Deposition of Tair Aurmont

Exhibit J:      Excerpts from February 27, 2023, Deposition of Rob Montefiore

Exhibit K:      XIV-Lit-001235682

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: December 20, 2024                    Respectfully submitted,


                                            /s/ *Michael B. Eisenkraft*
                                            Michael B. Eisenkraft

                                            **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                            88 Pine Street
                                            14th Floor
                                            New York, NY 10005
                                            Tel.: (212) 838-7797
                                            Fax: (212) 838-7745
                                            meisenkraft@cohenmilstein.com