UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiffs,

        -against-

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                        Defendants.
-------------------------------------------------------------X

18-CV-02268 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

        In light of the Honorable Analisa Torres's February 11, 2025 decision on the motion to certify a class, the parties are directed to meet and confer to discuss next steps in the litigation. By February 26, 2025, the parties shall file a joint letter proposing litigation deadlines going forward.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    February 13, 2025
               New York, New York