UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                        **Plaintiffs,**

         -against-

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                        **Defendants.**

-----------------------------------------------------------------X

18-CV-02268 (AT)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Wednesday, April 9, 2025, at 10 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, the parties are directed to jointly contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov proposing new dates.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by

Wednesday, April 2, 2025.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　March 13, 2025
　　　　　　New York, New York