UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SET CAPITAL LLC, et al., Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiffs,                          18-CV-02268 (AT)(SN)

                -against-                               **ORDER**

CREDIT SUISSE GROUP AG,
CREDIT SUISSE AG, CREDIT
SUISSE INTERNATIONAL,
TIDJANE THIAM, DAVID R. MATHERS,
JANUS HENDERSON GROUP PLC,
JANUS INDEX & CALCULATION SERVICES LLC,
and JANUS DISTRIBUTORS LLC d/b/a/
JANUS HENDERSON DISTRIBUTORS,

                              Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On May 5, 2025, the Honorable Analisa Torres overruled Plaintiffs' objections to the Court's January 2, 2024 Opinion and Order denying the motion for leave to file a third amended complaint. The parties are directed to comply with the Fourth Amended Civil Case Management Plan and Scheduling Order at ECF No. 259. Plaintiffs shall identify their experts and topics upon which the experts will testify no later than May 12, 2025. Plaintiffs shall serve their expert reports by June 2, 2025. Defendants shall serve their expert reports no later than 45 days after service of Plaintiffs' expert reports. Plaintiffs' expert rebuttal reports shall be served no later than 30 days after service of Defendants' reports. All expert discovery, including all expert depositions, shall be completed no later than sixty days after service of Plaintiffs' expert rebuttal reports. Any motion for summary judgment shall be filed no later than 30 days after the close of expert discovery.

     If the parties wish to schedule a subsequent settlement conference, they may contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov, with both parties on the e-mail. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 6, 2025
               New York, New York