USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/4/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SET CAPITAL LLC, et al., Individually and on Behalf of All Others Similarly Situated,

            Plaintiffs,

-against-

CREDIT SUISSE GROUP AG, CREDIT SUISSE AG, CREDIT SUISSE INTERNATIONAL, TIDJANE THIAM, DAVID R. MATHERS,

           Defendants.

18 Civ. 2268 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Lead Plaintiffs' motion for a certificate of appealability. ECF No. 378. By **July 2, 2025**, Defendants shall file their opposition. *See* ECF No. 376 at 1 ("Defendants intend to oppose any . . . motion [seeking certification of an interlocutory appeal]."). By **July 16, 2025**, Lead Plaintiffs shall file their reply, if any.

    SO ORDERED.

Dated: June 4, 2025
       New York, New York

ANALISA TORRES
United States District Judge