**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SET CAPITAL LLC, et al., | |
| Plaintiffs, | 1:18-cv-02268 (AT) (SN) |
| v. | |
| CREDIT SUISSE GROUP AG, et al., | |
| Defendants. | |

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED THIRD**
**AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and supporting declaration dated March 19, 2026, including all exhibits thereto, Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers will move, by and through undersigned counsel, before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 15D, New York, New York 10007 (the "Court"), on such date and time as the Court determines, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice the Consolidated Third Amended Class Action Complaint filed by Plaintiffs in the above-captioned proceeding

PLEASE TAKE FURTHER NOTICE that movants request oral argument of this motion.

Dated: March 19, 2026
    New York, New York

**CAHILL GORDON & REINDEL LLP**


By: /s/ Herbert S. Washer
Herbert S. Washer
Tammy L. Roy
Edward N. Moss
Ivan Torres
32 Old Slip
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
hwasher@cahill.com
troy@cahill.com
emoss@cahill.com
itorres@cahill.com

*Attorneys for Credit Suisse Group AG, Credit Suisse AG, Credit Suisse International, Tidjane Thiam, and David R. Mathers*

2